Official Form 1 (10/06)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OLD OAK HEATING & COOLING, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-2868162** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2575 White Oak Circle**<br>**Aurora, IL**<br>ZIP Code **60502** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2 million.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (10/06)

FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OLD OAK HEATING & COOLING, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)

FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**OLD OAK HEATING & COOLING, INC.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ GINA B. KROL**
Signature of Attorney for Debtor(s)

**GINA B. KROL 6187642**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**

Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**November 10, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ ARTHUR R. REICHERT**
Signature of Authorized Individual

**ARTHUR R. REICHERT**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 10, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 6D (10/06)

In re    **OLD OAK HEATING & COOLING, INC.**                                    Case No. _____
                                                                        ,
                                      Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Blanket lien on all assets** | | | | | |
| **DOWNERS GROVE NATIONAL BANK** **5140 Main Street** **Downers Grove, IL 60515** | - | | | **Business assets** | | | | | |
| | | | | Value $            **1,400,000.00** | | | | **1,400,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | **1,400,000.00** | **0.00** |
| Total (Report on Summary of Schedules) | **1,400,000.00** | **0.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (10/06)

In re **OLD OAK HEATING & COOLING, INC.**      Case No. _____
_____,
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>**2**</u> continuation sheets attached

Official Form 6E (10/06) - Cont.

In re    **OLD OAK HEATING & COOLING, INC.**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | | | | | | | |
| S.M.W. NATIONAL BENEFIT FUND P. O. Box 79321 Baltimore, MD 21279-0321 | - | | | | | | | 49,686.27 | 0.00 | 49,686.27 |
| Account No. | | | | | | | | | | |
| SHEET METAL WORKERS LOCAL 265 Finge Benefit Fund P. O. Box 519 West Chicago, IL 60186-0519 | - | | | | | | | 311,572.37 | 0.00 | 311,572.37 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                361,258.64

0.00

361,258.64

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (10/06) - Cont.

In re **OLD OAK HEATING & COOLING, INC.** , Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **ILLINOIS DEPT. OF REVENUE** Retailers' Occupation Tax Springfield, IL 62796-0001 | - | | | | | | **Unknown** | **Unknown** / **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | **0.00** / **0.00** |
| Total (Report on Summary of Schedules) | **361,258.64** | **0.00** / **361,258.64** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06)

In re   **OLD OAK HEATING & COOLING, INC.** _____,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **2575 WHITE OAK CIRCLE, LLC** <br> **P. O. Box 4016** <br> **Naperville, IL 60567-4016** | | - | | | | | 9,500.00 |
| Account No. <br><br> **ACCURATE REPRO, INC.** <br> **29W130 Butterfield Road** <br> **Suite 103** <br> **Warrenville, IL 60555** | | - | | | | | 137.50 |
| Account No. <br><br> **ADT** <br> **P. O. Box 371967** <br> **Pittsburgh, PA 15250-7967** | | - | | | | | 178.79 |
| Account No. <br><br> **ALL AROUND SIGNS** <br> **8550 Huckins Drive** <br> **Frankfort, IL 60423** | | - | | | | | 60.00 |

____18____  continuation sheets attached

Subtotal
(Total of this page)

9,876.29

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:29730-061018   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **OLD OAK HEATING & COOLING, INC.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **ALLIED WASTE SERVICES** P. O. Box 9001154 Louisville, KY 40290-1154 | - | | | | | | | 317.98 |
| Account No. | | | | | | | | |
| **ALTERITY, INC.** 2012 E. Randol Mill Rd. Suite 219 Arlington, TX 76011 | - | | | | | | | 55.00 |
| Account No. | | | | | | | | |
| **AMERICAN EXPRESS** P. O. Box 360002 Fort Lauderdale, FL 33336-0002 | - | | | | | | | 4,894.89 |
| Account No. | | | | | | | | |
| **AMERIGAS - PLAINFIELD** Dept. 0140 Palatine, IL 60055-0140 | - | | | | | | | 264.32 |
| Account No. | | | | | | | | |
| **AUTOMATIC DATA PROCESSING** 71 Hanover Road M/S 665 Florham Park, NJ 07932 | - | | | | | | | 532.23 |

Sheet no. __1__ of __18__ sheets attached to Schedule of                    Subtotal                    | 6,064.42
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **OLD OAK HEATING & COOLING, INC.** _____,    Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **BARBARA L. BUNDY** | - | | | | | | | 831.06 |
| Account No. | | | | | | | | |
| **BRIAN JOHN TAWLKS** **14260 W. 94th Avenue** **Saint John, IN 46373** | - | | | | | | | 650.00 |
| Account No. | | | | | | | | |
| **BRUCKER COMPANY** **Department 20-1042** **P. O. Box 5940** **Carol Stream, IL 60197-5940** | - | | | | | | | 201.19 |
| Account No. | | | | | | | | |
| **CALL ONE** **P. O. Box 88454** **Chicago, IL 60680-1454** | - | | | | | | | 642.20 |
| Account No. | | | | | | | | |
| **CAPITOL ONE, F.S.B.** **Remittance Processing** **P. O. Box 34631** **Seattle, WA 98124-1631** | - | | | | | | | 3,800.22 |

Sheet no. __2___ of __18___ sheets attached to Schedule of              Subtotal          | 6,124.67
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **OLD OAK HEATING & COOLING, INC.** _____,     Case No. _____

                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **CASE CREDIT** Dept. CH 10460 Palatine, IL 60055-0460 | - | | | | | | | 113.72 |
| Account No. **2006 I 0880** **CENTRAL FURNACE SUPPLY CO.** 1100 Shore Road Naperville, IL 60563 | - | | | | | | | 456,622.09 |
| Account No. **CENTRAL STEEL & WIRE CO.-NT** P. O. Box 5100 Chicago, IL 60680 | - | | | | | | | 391.16 |
| Account No. **CHICAGO FURNACE SUPPLY COMPANY** P. O. Box 648 Lisle, IL 60532 | - | | | | | | | 64,324.27 |
| Account No. **CHICAGO TRIBUNE** P. O. Box 6315 Chicago, IL 60680-6315 | - | | | | | | | 159.06 |

| | | |
|---|---|---|
| Sheet no. __3__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 521,610.30 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **OLD OAK HEATING & COOLING, INC.**                                    ,     Case No. _____
                                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **CITY OF AURORA** **P. O. Box 2697** **Aurora, IL 60507-2697** | - | | | | | | | 42.70 |
| Account No. | | | | | | | | |
| **COLTHARP'S SALES & SERVICE** **29W151 North Avenue** **Unit 2** **West Chicago, IL 60185-1477** | - | | | | | | | 571.32 |
| Account No. | | | | | | | | |
| **COMMONWEALTH EDISON** **Bill Payment Center** **Chicago, IL 60668-0001** | - | | | | | | | 977.80 |
| Account No. | | | | | | | | |
| **CONNOR COMANY** **1015 S. Lake Street** **Aurora, IL 60504** | - | | | | | | | 282.91 |
| Account No. | | | | | | | | |
| **CONTROL'D ENG.SUP.CO., INC.** **P. O. Box 2474** **Glen Ellyn, IL 60138** | - | | | | | | | 6,810.72 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,685.45

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **OLD OAK HEATING & COOLING, INC.** , Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | | | | | |
| **COUNTRY MUTUAL INSURANCE CO.** **P. O. Box 2100** **Bloomington, IL** | | | | | | | | 98,802.97 |
| Account No. | | - | | | | | | |
| **CROWN CREDIT COMPANY** **P. O. Box 640352** **Cincinnati, OH 45264-0352** | | | | | | | | 1,113.96 |
| Account No. | | - | | | | | | |
| **CROWN LIFT TRUCKS** **2033 Hammond Drive** **Schaumburg, IL 60173** | | | | | | | | 773.73 |
| Account No. | | - | | | | | | |
| **D.L.W. ASSOCIATES** **6N330 Circle Avenue** **Medinah, IL 60157** | | | | | | | | 500.00 |
| Account No. | | - | | | | | | |
| **DAILY HERALD/PADDOCK PUBL.** **P. O. Box 6000** **Carol Stream, IL 60197** | | | | | | | | 368.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          101,558.66

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **OLD OAK HEATING & COOLING, INC.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DEFLECT-O-CORP. NT 75 Remittance Drive Suite 1546 Chicago, IL 60675-1546 | - | | | | | | | 4,661.49 |
| Account No. | | | | | | | | |
| DIGIOVINE,HNILO, JORDAN, & JO 387 Shuman Blvd. Suite 170E Naperville, IL 60563 | - | | | | | | | 9,220.80 |
| Account No. | | | | | | | | |
| DIRECT TV P. O. Box 60036 Los Angeles, CA 90060-0036 | - | | | | | | | 171.42 |
| Account No. | | | | | | | | |
| EBRSOLD, INC. One South 376 Summit Ave. Court B Oakbrook Terrace, IL 60181 | - | | | | | | | 1,873.36 |
| Account No. | | | | | | | | |
| EXCELSIOR MFG. & SUPPLY CORP. 135 S. La Salle Street Det. 1846 Chicago, IL 60674-1846 | - | | | | | | | 84,601.41 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **100,528.48**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **OLD OAK HEATING & COOLING, INC.**                          ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**FBD ENTERPRISES, INC.**<br>**600 Lor-Ann Street**<br>**South Elgin, IL 60177-2112** | - | | | | | | | 450.00 |
| Account No.<br><br>**FIVE STAR WINDOW WASHING, INC.**<br>**P. O. Box 1194**<br>**Lombard, IL 60148** | - | | | | | | | 105.00 |
| Account No.<br><br>**FP MAILING SOLUTIONS**<br>**P. O. Box 4272**<br>**Carol Stream, IL 60197** | - | | | | | | | 281.92 |
| Account No.<br><br>**G & O THERMAL SUPPLY**<br>**5435 N. Northwest Highway**<br>**Chicago, IL 60630-1191** | - | | | | | | | 31,662.06 |
| Account No.<br><br>**G.W. BERKHEIMER - AURORA**<br>**945 Aurora Avenue**<br>**Aurora, IL 60504** | - | | | | | | | 87,023.92 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

119,522.90

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **OLD OAK HEATING & COOLING, INC.**                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | - | | | | | | | |
| **GREATER AURORA CHAMBER OF COMM** **43 W. Galena Blvd.** **Aurora, IL 60506** | | | | | | | | 250.00 |
| Account No. **2006 L 001070** | - | | | | | | | |
| **GUSTAVE A. LARSON COMPANY** **Box 68-3006** **Milwaukee, WI 53268-3006** | | | | | | | | 307,976.83 |
| Account No. | - | | | | | | | |
| **HBA OF GREATER FOX VALLEY** **555 S. Randall Road** **Suite 201** **Saint Charles, IL 60174** | | | | | | | | 615.00 |
| Account No. | - | | | | | | | |
| **HOGAN PLUMBING, INC.** **30W265 Younghal Road** **Warrenville, IL 60555** | | | | | | | | 487.50 |
| Account No. | - | | | | | | | |
| **HOME DEPOT CREDIT SERVICES** **P. O. Box 6031** **Dept. 32-2501178002** **The Lakes, NV 88901-6031** | | | | | | | | 19,028.44 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                328,357.77

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **OLD OAK HEATING & COOLING, INC.** ,                    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **HUCK, BOUMA, MARTIN, JONES & BRAD 1755 S. Naperville Road Suite 200 Wheaton, IL 60187** | - | | | | | | | 11,818.49 |
| Account No. | | | | | | | | |
| **IL STATE SMACNA** | - | | | | | | | 220.00 |
| Account No. | | | | | | | | |
| **ILLINOIS FIRE EXTINGUISHER, INC. 702 S. Rohlwing Road Addison, IL 60101** | - | | | | | | | 73.50 |
| Account No. | | | | | | | | |
| **INDUSTRIAL LADDER & SUP. CO. 245 Adele Court Villa Park, IL 60181-1208** | - | | | | | | | 277.71 |
| Account No. | | | | | | | | |
| **INSPIRED COMMUNICATIONS, INC. 1414 Montauk Court Bartlett, IL 60103** | - | | | | | | | 329.73 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,719.43

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **OLD OAK HEATING & COOLING, INC.** _____ ,     Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **JAMES BADIALI** **1104 N. Lancaster Circle** **South Elgin, IL 60177** | - | | | | | | | | **293.10** |
| Account No. | | | | | | | | | |
| **JIFFY LUBE/AFMS** **P. O. Box 620130** **Middleton, WI 53562** | - | | | | | | | | **2,655.30** |
| Account No. | | | | | | | | | |
| **JOHNSTONE SUPPLY** **480 Industrial Drive** **Suite 116** **Naperville, IL 60563** | - | | | | | | | | **18,707.80** |
| Account No. | | | | | | | | | |
| **JON MUTTER** **7656 West Riverton Court** **Frankfort, IL 60423** | - | | | | | | | | **17,453.79** |
| Account No. | | | | | | | | | |
| **KELLY CLEANING SERVICE, INC.** **P. O. Box 277** **Warrenville, IL 60555** | - | | | | | | | | **320.00** |

Sheet no. __10__ of __18__ sheets attached to Schedule of                                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)      **39,429.99**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **OLD OAK HEATING & COOLING, INC.**                                   ,        Case No. _____
                                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**KYLE GARDNER** | - | | | | | | | | 168.00 |
| Account No.<br><br>**LEADER BOX CORP.**<br>**4831 S. May Street**<br>**Chicago, IL 60609-4314** | - | | | | | | | | 106,598.28 |
| Account No.<br><br>**MAJESTIC DISTRIBUTING CO., INC.**<br>**1255 Bowes Road**<br>**Elgin, IL 60123** | - | | | | | | | | 70,089.73 |
| Account No.<br><br>**MARLING LEASING CORP.**<br>**203 N. La Salle St.**<br>**Chicago, IL 60601** | - | | | | | | | | 589.98 |
| Account No.<br><br>**McADAMS MULTIGRAPHICS**<br>**900 Jorie Blvd.**<br>**Suite 26**<br>**Oak Brook, IL 60523** | - | | | | | | | | 2,470.20 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        179,916.19

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **OLD OAK HEATING & COOLING, INC.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **MEDINAH METALS, LLC** <br> **333 E. Lake Street** <br> **Suite 135** <br> **Bloomingdale, IL 60108** | - | | | | | | | 16,792.75 |
| Account No. <br><br> **MEDRO SERVICES, INC.** <br> **1701 North Larkin Avenue** <br> **Crest Hill, IL 60435** | - | | | | | | | 183.55 |
| Account No. <br><br> **MG/COMPUTER** <br> **5510 Pershing Avenue** <br> **Downers Grove, IL 60515** | - | | | | | | | 5,804.05 |
| Account No. <br><br> **MID-WAY SUPPLY, INC.** | - | | | | | | | 102.82 |
| Account No. <br><br> **MULCH KING** <br> **2622 Wingate Court** <br> **Aurora, IL 60504** | - | | | | | | | 1,695.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of          Subtotal          | 24,578.17 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **OLD OAK HEATING & COOLING, INC.**                                    ,        Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **NAPERVILLE CHAMBER OF COMMERCE**<br>**55 S. Main Street**<br>**Suite 351**<br>**Naperville, IL 60540-5381** | - | | | | | | | **1,000.00** |
| Account No. | | | | | | | | |
| **NEXTEL COMMUNICATIONS**<br>**P. O. Box 4181**<br>**Carol Stream, IL 60197-4181** | - | | | | | | | **7,143.84** |
| Account No. | | | | | | | | |
| **NICOR GAS/NORTHERN IL GAS**<br>**P. O. Box 416**<br>**Aurora, IL 60568-0001** | - | | | | | | | **263.98** |
| Account No. | | | | | | | | |
| **NORTH STATES STEEL CORP.**<br>**811 Eagle Drive**<br>**Bensenville, IL 60106-1946** | - | | | | | | | **10,224.93** |
| Account No. | | | | | | | | |
| **NORTHERN SAFETY CO., INC.**<br>**P. O. Box 4250**<br>**Utica, NY 13504-4250** | - | | | | | | | **87.28** |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,720.03**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **OLD OAK HEATING & COOLING, INC.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **OFFICEMAX CONTRACT, INC.** P. O. Box 92735 Chicago, IL 60675-2735 | - | | | | | | 1,567.96 |
| Account No. **ON THE GO TIRE CO.** 602 Chestnut Drive Oswego, IL 60543 | - | | | | | | 118.86 |
| Account No. **ONETIM** | - | | | | | | 11,292.59 |
| Account No. **PORTER SUPPLY CO.** 35049 Eagle Way Chicago, IL 60678 | - | | | | | | 4,713.80 |
| Account No. **PROMEX HOUSE CARE** 420 Liberty Dr. Bolingbrook, IL 60440 | - | | | | | | 990.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **18,683.21**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **OLD OAK HEATING & COOLING, INC.**
_____,                    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **PROVEN BUSINESS SYSTEMS** **18450 Crossing Drive** **Suite D** **Tinley Park, IL 60477** | - | | | | | | | **4,745.00** |
| Account No. | | | | | | | | |
| **RANKIN** **1051 N. Main St.** **Suite D** **Lombard, IL 60148** | - | | | | | | | **520.00** |
| Account No. | | | | | | | | |
| **REID FORTH** **2575 White Oak Circle** **Aurora, IL 60502** | - | | | | | | | **23,856.58** |
| Account No. | | | | | | | | |
| **SBC COMMUNICATIONS** **Bill Payment Center** **Saginaw, MI 48663-0003** | - | | | | | | | **102.10** |
| Account No. | | | | | | | | |
| **SECURITY SYSTEMS, INC.** | - | | | | | | | **135.00** |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,358.68**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **OLD OAK HEATING & COOLING, INC.**          Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **SHEET METAL WERKS** <br> **455 E. Algonquin Rd.** <br> **Arlington Heights, IL 60005** | - | | | | | | | 9,888.54 |
| Account No. <br><br> **SHELTER SUPPLY** <br> **151 E. Cliff Road** <br> **Suite 30** <br> **Burnsville, MN 55337** | - | | | | | | | 19,600.17 |
| Account No. <br><br> **SPECIALTY MAT SERVICE** <br> **2730 Beverly Drive** <br> **Aurora, IL 60504** | - | | | | | | | 457.65 |
| Account No. <br><br> **TEMPERATURE EQUIPMENT CORP.** <br> **17725 Volbrecht Rd.** <br> **Lansing, IL 60438** | - | | | | | | | 43,042.06 |
| Account No. <br><br> **THE GRAPHICS ARTS STUDIO, INC.** <br> **28 W. Commercial Avenue** <br> **Barrington, IL 60010** | - | | | | | | | 1,780.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **74,768.42**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **OLD OAK HEATING & COOLING, INC.**                          ,    Case No. _____
                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **TOM FINK & ASSOCIATES, INC.** **P. O. Box 507** **Elk Grove Village, IL 60009-0507** | - | | | | | | | 4,555.69 |
| Account No. | | | | | | | | |
| **TRINITY COMMUNICATIONS** **1640 Farnsworth Avenue** **Aurora, IL 60505** | - | | | | | | | 35.00 |
| Account No. | | | | | | | | |
| **VESCO** **840 N. Addison** **Elmhurst, IL 60126-1292** | - | | | | | | | 10,356.01 |
| Account No. | | | | | | | | |
| **W.L. ENGLER DIST, INC.** **1035 N. Throop Street** **Chicago, IL 60622** | - | | | | | | | 98,073.86 |
| Account No. | | | | | | | | |
| **W.W. GRAINGER, INC.** **Dept. 136-813919313** **Palatine, IL 60038-0001** | - | | | | | | | 3,580.58 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     116,601.14

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **OLD OAK HEATING & COOLING, INC.**                                  ,        Case No. _____

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**WIEDEL, HUDZIK, RUSS & PHILLIPP**<br>**4915 Main St.**<br>**Downers Grove, IL 60515** | - | | | | | | | | 185.00 |
| Account No.<br><br>**WILL-GRUNDY COUNTIES HM.**<br>**BLDRS.**<br>**1203 Theodore St.**<br>**Suite 2A**<br>**Crest Hill, IL 60435** | - | | | | | | | | 360.00 |
| Account No.<br><br>**WORLD WIDE EXPRESS**<br>**P. O. Box 6293**<br>**Plainfield, IL 60544** | - | | | | | | | | 989.47 |
| Account No.<br><br>**WRIGHT EXPRESS**<br>**P. O. Box 6293**<br>**Carol Stream, IL 60197** | - | | | | | | | | 27,069.77 |
| Account No.<br><br>**YORK INTERNATIONAL**<br>**CORPORATION**<br>**UPG-Midwest**<br>**P.O. Box 601390**<br>**Charlotte, NC 28260-1332** | - | | | | | | | | 147,309.14 |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 175,913.38 |
| Total<br>(Report on Summary of Schedules) | | 1,893,017.58 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Northern District of Illinois

In re  **OLD OAK HEATING & COOLING, INC.**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 5,300.00 |
| Prior to the filing of this statement I have received | $ 5,300.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 10, 2006**

**/s/ GINA B. KROL**
**GINA B. KROL**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **OLD OAK HEATING & COOLING, INC.** _____

Debtor(s)

Case No. _____

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **99**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 10, 2006** _____

**/s/ ARTHUR R. REICHERT** _____

**ARTHUR R. REICHERT**/**President**
Signer/Title

2575 WHITE OAK CIRCLE, LLC
P. O. Box 4016
Naperville, IL 60567-4016

BRIAN JOHN FLAVELL
11200 W. 94th Avenue
Saint John, IN 46373

COLE HARDWARE SALES & SERVICE
29W151 North Avenue
Unit 2
West Chicago, IL 60185-1477

ACCURATE REPRO, INC.
29W130 Butterfield Road
Suite 103
Warrenville, IL 60555

BRUCKER COMPANY
Department 20-1042
P. O. Box 5940
Carol Stream, IL 60197-5940

COMMONWEALTH EDISON
Bill Payment Center
Chicago, IL 60668-0001

ADT
P. O. Box 371967
Pittsburgh, PA 15250-7967

CALL ONE
P. O. Box 88454
Chicago, IL 60680-1454

CONNOR COMANY
1015 S. Lake Street
Aurora, IL 60504

ALL AROUND SIGNS
8550 Huckins Drive
Frankfort, IL 60423

CAPITOL ONE, F.S.B.
Remittance Processing
P. O. Box 34631
Seattle, WA 98124-1631

CONTROL'D ENG.SUP.CO., INC.
P. O. Box 2474
Glen Ellyn, IL 60138

ALLIED WASTE SERVICES
P. O. Box 9001154
Louisville, KY 40290-1154

CASE CREDIT
Dept. CH 10460
Palatine, IL 60055-0460

COUNTRY MUTUAL INSURANCE C
P. O. Box 2100
Bloomington, IL

ALTERITY, INC.
2012 E. Randol Mill Rd.
Suite 219
Arlington, TX 76011

CENTRAL FURNACE SUPPLY CO.
1100 Shore Road
Naperville, IL 60563

CROWN CREDIT COMPANY
P. O. Box 640352
Cincinnati, OH 45264-0352

AMERICAN EXPRESS
P. O. Box 360002
Fort Lauderdale, FL 33336-0002

CENTRAL STEEL & WIRE CO.-NT
P. O. Box 5100
Chicago, IL 60680

CROWN LIFT TRUCKS
2033 Hammond Drive
Schaumburg, IL 60173

AMERIGAS - PLAINFIELD
Dept. 0140
Palatine, IL 60055-0140

CHICAGO FURNACE SUPPLY COMPANY
P. O. Box 648
Lisle, IL 60532

D.L.W. ASSOCIATES
6N330 Circle Avenue
Medinah, IL 60157

AUTOMATIC DATA PROCESSING
71 Hanover Road M/S 665
Florham Park, NJ 07932

CHICAGO TRIBUNE
P. O. Box 6315
Chicago, IL 60680-6315

DAILY HERALD/PADDOCK PUBL.
P. O. Box 6000
Carol Stream, IL 60197

BARBARA L. BUNDY

CITY OF AURORA
P. O. Box 2697
Aurora, IL 60507-2697

DEFLECT-O-CORP. NT
75 Remittance Drive
Suite 1546
Chicago, IL 60675-1546

DIGIOVINE, HASS, JORDAN, &
387 Shuman Blvd.
Suite 170E
Naperville, IL 60563

GRACE UNITED ROBERTELLI
P. O. Box 126
Bloomingdale, IL 60108

INDUSTRIAL LADDER & SUP. CO
245 Adele Court
Villa Park, IL 60181-1208

DIRECT TV
P. O. Box 60036
Los Angeles, CA 90060-0036

GREATER AURORA CHAMBER OF COMM
43 W. Galena Blvd.
Aurora, IL 60506

INSPIRED COMMUNICATIONS, IN
1414 Montauk Court
Bartlett, IL 60103

DOWNERS GROVE NATIONAL BANK
5140 Main Street
Downers Grove, IL 60515

GUSTAVE A. LARSON COMPANY
Box 68-3006
Milwaukee, WI 53268-3006

JAMES BADIALI
1104 N. Lancaster Circle
South Elgin, IL 60177

EBRSOLD, INC.
One South 376 Summit Ave.
Court B
Oakbrook Terrace, IL 60181

HBA OF GREATER FOX VALLEY
555 S. Randall Road
Suite 201
Saint Charles, IL 60174

JIFFY LUBE/AFMS
P. O. Box 620130
Middleton, WI 53562

EXCELSIOR MFG. & SUPPLY CORP.
135 S. La Salle Street
Det. 1846
Chicago, IL 60674-1846

HOGAN PLUMBING, INC.
30W265 Younghal Road
Warrenville, IL 60555

JOHNSTONE SUPPLY
480 Industrial Drive
Suite 116
Naperville, IL 60563

FBD ENTERPRISES, INC.
600 Lor-Ann Street
South Elgin, IL 60177-2112

HOME DEPOT CREDIT SERVICES
P. O. Box 6031
Dept. 32-2501178002
The Lakes, NV 88901-6031

JON MUTTER
7656 West Riverton Court
Frankfort, IL 60423

FIVE STAR WINDOW WASHING, INC.
P. O. Box 1194
Lombard, IL 60148

HUCK, BOUMA, MARTIN, JONES & BRA
1755 S. Naperville Road
Suite 200
Wheaton, IL 60187

KELLY CLEANING SERVICE, INC.
P. O. Box 277
Warrenville, IL 60555

FP MAILING SOLUTIONS
P. O. Box 4272
Carol Stream, IL 60197

IL STATE SMACNA

KYLE GARDNER

G & O THERMAL SUPPLY
5435 N. Northwest Highway
Chicago, IL 60630-1191

ILLINOIS DEPT. OF REVENUE
Retailers' Occupation Tax
Springfield, IL 62796-0001

LEADER BOX CORP.
4831 S. May Street
Chicago, IL 60609-4314

G.W. BERKHEIMER - AURORA
945 Aurora Avenue
Aurora, IL 60504

ILLINOIS FIRE EXTINGUISHER, INC.
702 S. Rohlwing Road
Addison, IL 60101

MAJESTIC DISTRIBUTING CO., IN
1255 Bowes Road
Elgin, IL 60123

MARLING LEASING CORP
203 N. La Salle St.
Chicago, IL 60601

McADAMS MULTIGRAPHICS
900 Jorie Blvd.
Suite 26
Oak Brook, IL 60523

MEDINAH METALS, LLC
333 E. Lake Street
Suite 135
Bloomingdale, IL 60108

MEDRO SERVICES, INC.
1701 North Larkin Avenue
Crest Hill, IL 60435

MG/COMPUTER
5510 Pershing Avenue
Downers Grove, IL 60515

MID-WAY SUPPLY, INC.

MULCH KING
2622 Wingate Court
Aurora, IL 60504

NAPERVILLE CHAMBER OF COMMERCE
55 S. Main Street
Suite 351
Naperville, IL 60540-5381

NEXTEL COMMUNICATIONS
P. O. Box 4181
Carol Stream, IL 60197-4181

NICOR GAS/NORTHERN IL GAS
P. O. Box 416
Aurora, IL 60568-0001

MASTER PIPES STEEL CRAFT
870 Eagle Drive
Bensenville, IL 60106-1946

NORTHERN SAFETY CO., INC.
P. O. Box 4250
Utica, NY 13504-4250

OFFICEMAX CONTRACT, INC.
P. O. Box 92735
Chicago, IL 60675-2735

ON THE GO TIRE CO.
602 Chestnut Drive
Oswego, IL 60543

ONETIM

PORTER SUPPLY CO.
35049 Eagle Way
Chicago, IL 60678

PROMEX HOUSE CARE
420 Liberty Dr.
Bolingbrook, IL 60440

PROVEN BUSINESS SYSTEMS
18450 Crossing Drive
Suite D
Tinley Park, IL 60477

RANKIN
1051 N. Main St.
Suite D
Lombard, IL 60148

REID FORTH
2575 White Oak Circle
Aurora, IL 60502

MD/W. NATIONAL BENEFIT FUND
P. O. Box 79321
Baltimore, MD 21279-0321

SBC COMMUNICATIONS
Bill Payment Center
Saginaw, MI 48663-0003

SECURITY SYSTEMS, INC.

SHEET METAL WERKS
455 E. Algonquin Rd.
Arlington Heights, IL 60005

SHEET METAL WORKERS LOCAL 26
Finge Benefit Fund
P. O. Box 519
West Chicago, IL 60186-0519

SHELTER SUPPLY
151 E. Cliff Road
Suite 30
Burnsville, MN 55337

SPECIALTY MAT SERVICE
2730 Beverly Drive
Aurora, IL 60504

TEMPERATURE EQUIPMENT COR
17725 Volbrecht Rd.
Lansing, IL 60438

THE GRAPHICS ARTS STUDIO, I
28 W. Commercial Avenue
Barrington, IL 60010

TOM FINK & ASSOCIATES, INC.
P. O. Box 507
Elk Grove Village, IL 60009-0507

TRINITY COMMUNICATIONS
1640 Farnsworth Avenue
Aurora, IL 60505


VESCO
840 N. Addison
Elmhurst, IL 60126-1292


W.L. ENGLER DIST, INC.
1035 N. Throop Street
Chicago, IL 60622


W.W. GRAINGER, INC.
Dept. 136-813919313
Palatine, IL 60038-0001


WIEDEL, HUDZIK, RUSS & PHILLIPP
4915 Main St.
Downers Grove, IL 60515


WILL-GRUNDY COUNTIES HM. BLDRS.
1203 Theodore St.
Suite 2A
Crest Hill, IL 60435


WORLD WIDE EXPRESS
P. O. Box 6293
Plainfield, IL 60544


WRIGHT EXPRESS
P. O. Box 6293
Carol Stream, IL 60197


YORK INTERNATIONAL CORPORATION
UPG-Midwest
P.O. Box 601390
Charlotte, NC 28260-1332