FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 06-14810 -JHS | Trustee Name: DAVID R. BROWN |
| Case Name: | OLD OAK HEATING & COOLING INC | Bank Name: Bank of America |
| | | Account Number / CD #: *******0879  Money Market Account |
| Taxpayer ID No: | *******8162 | |
| For Period Ending: | 12/02/08 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/07 | 10 | FORD MOTOR CREDIT COMPANY P.O. Box 689007 Franklin, TN 37068 | EXCESS FUNDS FROM SALE OF REPO | 1129-000 | 9,537.00 | | 9,537.00 |
| 02/28/07 | INT | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.81 | | 9,538.81 |
| 03/09/07 | | Transfer to Acct #*******0921 | TRANSFER TO WRITE CHECKS | 9999-000 | | 545.85 | 8,992.96 |
| 03/30/07 | INT | Bank of America | Interest Rate  1.000 | 1270-000 | 7.75 | | 9,000.71 |
| 04/30/07 | INT | Bank of America | Interest Rate  1.000 | 1270-000 | 7.40 | | 9,008.11 |
| 05/31/07 | INT | Bank of America | Interest Rate  1.000 | 1270-000 | 7.65 | | 9,015.76 |
| 06/27/07 | 14 | JOHNSON CONTROLS/YORK INT'L P.O. BOX 2012 MILWAUKEE, WI  53201 | PREFERENCE SETTLEMENT | 1241-000 | 6,000.00 | | 15,015.76 |
| 06/29/07 | INT | Bank of America | Interest Rate  1.000 | 1270-000 | 7.40 | | 15,023.16 |
| 07/11/07 | 14 | Excelsior Mfg. & Supply Corp 1465 EAST INDUSTRIAL DRIVE ITASCA, IL 60143 | PREFERENCE SETTLEMENT | 1241-000 | 22,000.00 | | 37,023.16 |
| 07/31/07 | INT | Bank of America | Interest Rate  1.000 | 1270-000 | 21.60 | | 37,044.76 |
| 08/31/07 | INT | Bank of America | Interest Rate  1.000 | 1270-000 | 31.46 | | 37,076.22 |
| 09/28/07 | INT | Bank of America | Interest Rate  0.750 | 1270-000 | 23.61 | | 37,099.83 |
| 10/31/07 | INT | Bank of America | Interest Rate  0.750 | 1270-000 | 23.64 | | 37,123.47 |
| 11/30/07 | INT | Bank of America | Interest Rate  0.650 | 1270-000 | 19.83 | | 37,143.30 |
| 12/10/07 | 14 | Gustave A. Larson Cmopany PO BOX 910 PEWAUKEE, WI 53702 | PREFERENCE SETTLEMENT | 1241-000 | 42,500.00 | | 79,643.30 |
| 12/19/07 | 14 | Lennox Industries, Inc. P.O. BOX 799900 DALLAS, TX 75379-9900 | | 1241-000 | 8,000.00 | | 87,643.30 |
| 12/31/07 | INT | Bank of America | Interest Rate  0.500 | 1270-000 | 28.99 | | 87,672.29 |
| 01/31/08 | INT | Bank of America | Interest Rate  0.400 | 1270-000 | 34.74 | | 87,707.03 |

Page Subtotals    88,252.88    545.85

Ver: 14.11

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-14810 -JHS  
Case Name: OLD OAK HEATING & COOLING INC  
Taxpayer ID No: *******8162  
For Period Ending: 12/02/08  

Trustee Name: DAVID R. BROWN  
Bank Name: Bank of America  
Account Number / CD #: *******0879 Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/08 | | Transfer to Acct#*******0921 | | 9999-000 | | 53.00 | 87,654.03 |
| 02/29/08 | INT | Bank of America | Interest Rate 0.300 | 1270-000 | 20.84 | | 87,674.87 |
| 03/31/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 20.72 | | 87,695.59 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 17.97 | | 87,713.56 |
| 05/05/08 | 15 | United States Treasury AUSTIN, TEXAS | 9/06 940 TAXES | 1224-000 | 22,414.83 | | 110,128.39 |
| 05/05/08 | 15 | United States Treasury AUSTIN, TEXAS | 12/05 940 TAXES | 1224-000 | 5,997.79 | | 116,126.18 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 13.91 | | 116,140.09 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 14.29 | | 116,154.38 |
| 07/31/08 | INT | Bank of America | Interest rate 0.150 | 1270-000 | 14.76 | | 116,169.14 |
| 08/29/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 14.76 | | 116,183.90 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 14.29 | | 116,198.19 |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 11.27 | | 116,209.46 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 9.52 | | 116,218.98 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 116,817.83 | 598.85 | 116,218.98 |
| Less: Bank Transfers/CD's | 0.00 | 598.85 | |
| Subtotal | 116,817.83 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 116,817.83 | 0.00 | |

Page Subtotals    28,564.95    53.00

Ver: 14.11

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-14810 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | OLD OAK HEATING & COOLING INC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******0921 Checking Account |
| Taxpayer ID No: | *******8162 | | |
| For Period Ending: | 12/02/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/09/07 | | Transfer from Acct #*******0879 | TRANSFER TO WRITE CHECKS | 9999-000 | 545.85 | | 545.85 |
| 03/09/07 | 000101 | ADP | 2006 W-2's and related returns | 2990-000 | | 545.85 | 0.00 |
| | | Attention: Rahshonda Kirkwood | | | | | |
| | | 100 North Stanton, 6th Floor | | | | | |
| | | El Paso, TX 79901 | | | | | |
| 02/08/08 | | Transfer from Acct#*******0879 | | 9999-000 | 53.00 | | 53.00 |
| 02/08/08 | 000102 | INTERNATIONAL SURETIES, LTD. | Bond 016026455 | 2300-000 | | 53.00 | 0.00 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 598.85 | 598.85 | 0.00 |
| Less:  Bank Transfers/CD's | 598.85 | 0.00 | |
| Subtotal | 0.00 | 598.85 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 598.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********0879 | 116,817.83 | 0.00 | 116,218.98 |
| Checking Account - ********0921 | 0.00 | 598.85 | 0.00 |
| | 116,817.83 | 598.85 | 116,218.98 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      598.85      598.85

Ver: 14.11

LFORM24