**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| OLD OAK HEATING & COOLING INC | ) | CASE NO. 06-14810 |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, Courtroom 4016, 505 North County Farm Road, Wheaton, Illinois

    On: **January 16, 2009**       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $116,808.31 |
    | Disbursements | $598.85 |
    | Net Cash Available for Distribution | $116,209.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | DAVID R. BROWN<br>Trustee | $0.00 | $9,090.42 | $0.00 |
    | SPRINGER, BROWN, COVEY, GAERTNER<br>Attorney for Trustee | $0.00 | $10,125.00 | $460.53 |
    | ALAN D. LASKO & ASSOCIATES, P.C.<br>Accountant for Trustee | $0.00 | $4,619.30 | $58.70 |
    | CLERK, U.S. BANKRUPTCY COURT<br>Clerk of the Court Costs | $0.00 | $0.00 | $750.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $357,444.41 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 25.49% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service | $516.40 | $516.40 |
| | INTERNAL REVENUE SERVICE | $66.63 | $66.63 |
| | Internal Revenue Service | $120.77 | $120.77 |
| | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $716.29 | $716.29 |
| 1a | NATIONAL STABILIZATION OF THE SHEET | $68,174.55 | $15,960.87 |
| 2a | FUND, SHEET METAL WORKERS" NATIONA | $27,361.93 | $6,405.91 |
| 14a | SHEET METAL WORKERS LOCAL 265 WELFA | $116,754.22 | $27,334.23 |
| 15a | SHEET METAL WORKERS LOCAL 265 PENSI | $60,458.45 | $14,154.39 |
| 16a | SMW LOCAL 265 SUPPLEMENTAL RETIREME | $47,148.88 | $11,038.39 |
| 17a | SHEET METAL WORKERS LOCAL 265 EDUCA | $4,856.39 | $1,136.97 |
| 18a | SHEET METAL WORKERS LOCAL 265 INDUS | $1,221.36 | $285.94 |
| 19a | SHEET METAL WORKERS LOCAL 265 SAVIN | $6,097.25 | $1,427.47 |
| 38a | FUND, SHEET METAL WORKERS" NATIONA | $15,429.31 | $3,612.27 |
| 53 | MARGARET DUVALL | $903.85 | $903.85 |
| 56 | CASIELLO, JAN | $193.00 | $0.00 |
| 72 | DAENA A HINKELMAN | $500.00 | $500.00 |
| 74 | JON MUTTER | $3,461.54 | $3,461.54 |
| 82 | MITCHELL FISHER | $3,463.59 | $3,463.59 |

7. Claims of general unsecured creditors totaling $3,482,940.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | YORK INTERNATIONAL CORP | $170,922.97 | $0.00 |
| | CROWN CREDIT COMPANY | $3,925.40 | $0.00 |
| | GE Capital | $7,160.44 | $0.00 |
| 1 | NATIONAL STABILIZATION OF THE SHEET | $51,476.89 | $0.00 |
| 2 | FUND, SHEET METAL WORKERS NATIONA | $13,735.66 | $0.00 |
| 5 | VESCO | $11,265.51 | $0.00 |
| 6 | GATWOOD CRANE | $755.00 | $0.00 |
| 7 | THOMAS, GREGORY | $327.00 | $0.00 |
| 8 | JAFFE, MR. & MRS. | $158.00 | $0.00 |
| 9 | McMURRAY, JENNIFER | $348.80 | $0.00 |

| | | | |
|---|---|---|---|
| 10 | HUCK, BOUMA, MARTIN, JONES & BRAD | $22,489.32 | $0.00 |
| 11 | MAJESTIC DISTRIBUTING CO., INC. | $70,000.70 | $0.00 |
| 12 | PIPPEN, RANDY | $193.00 | $0.00 |
| 13 | TANIGUCHI, HARRY | $108.50 | $0.00 |
| 14 | SHEET METAL WORKERS LOCAL 265 WELFA | $12,002.30 | $0.00 |
| 15 | SHEET METAL WORKERS LOCAL 265 PENSI | $6,372.73 | $0.00 |
| 16 | SMW LOCAL 265 SUPPLEMENTAL RETIREME | $5,041.77 | $0.00 |
| 17 | SHEET METAL WORKERS LOCAL 265 EDUCA | $812.52 | $0.00 |
| 18 | SHEET METAL WORKERS LOCAL 265 INDUS | $449.02 | $0.00 |
| 19 | SHEET METAL WORKERS LOCAL 265 SAVIN | $936.58 | $0.00 |
| 20 | MEDINAH METALS, LLC | $16,792.05 | $0.00 |
| 21 | NORTHERN SAFETY CO., INC. | $87.28 | $0.00 |
| 22 | U.S. Lift | $735.00 | $0.00 |
| 23 | TOM FINK & ASSOCIATES, INC. | $4,555.69 | $0.00 |
| 24 | FOX, KRISTEN | $367.00 | $0.00 |
| 25 | DEFLECT-O-CORP. NT | $4,661.49 | $0.00 |
| 26 | BERKHEIMER, G. W. AURORA | $73,507.57 | $0.00 |
| 27 | Sprint Nextel Corp. | $7,484.77 | $0.00 |
| 28 | MENKEN, IRENE | $143.00 | $0.00 |
| 29 | LOWDER, SANDRA | $158.00 | $0.00 |
| 30 | O"CONNELL, MR. & MRS. | $158.00 | $0.00 |
| 31 | SCOTT, JACK | $158.00 | $0.00 |
| 32 | YORK INTERNATIONAL CORP | $164,922.97 | $0.00 |
| 34 | FBD ENTERPRISES, INC. | $466.88 | $0.00 |
| 35 | YUKNIS, CLAIRE | $143.00 | $0.00 |
| 36 | MAYER, MR. & MRS. | $173.70 | $0.00 |
| 37 | CONNOR COMANY | $345.17 | $0.00 |
| 38 | FUND, SHEET METAL WORKERS' NATIONA | $222,282.32 | $0.00 |
| 39 | CENTRAL STEEL & WIRE CO.NT | $391.16 | $0.00 |
| 40 | KELLY CLEANING SERVICE, INC. | $320.00 | $0.00 |
| 41 | FOLEY, LISA | $96.50 | $0.00 |
| 42 | FARMER, MR. & MRS. | $750.00 | $0.00 |
| 43 | WIEDEL, HUDZIK, RUSS & PHILLIPP | $2,974.20 | $0.00 |
| 44 | CONTROLD ENG.SUP.CO., INC. | $7,061.28 | $0.00 |
| 45 | COLTHARP'S SALES & SERVICE | $571.32 | $0.00 |
| 46 | BERGERON, RITA | $79.00 | $0.00 |
| 47 | OFFICEMAX CONTRACT, INC. | $1,567.96 | $0.00 |
| 48 | CALL ONE | $994.36 | $0.00 |
| 49 | MARLIN LEASING CORP. | $2,583.78 | $0.00 |
| 50 | FIGOLA, LYNNE | $158.00 | $0.00 |
| 51 | KOCINSI, JOE | $149.00 | $0.00 |
| 52 | HASHIMOTO, TADAYO | $178.00 | $0.00 |
| 54 | McNIERNEY, CATHERINE | $158.00 | $0.00 |
| 55 | LAUDEMAN, ROB | $193.00 | $0.00 |
| 57 | FIVE STAR WINDOW WASHING | $105.00 | $0.00 |
| 58 | ULRICH, ROBERT | $193.00 | $0.00 |
| 59 | McADAMS MULTIGRAPHICS | $2,470.20 | $0.00 |
| 61 | NORTH STATES STEEL CORP. | $10,224.93 | $0.00 |
| 62 | G & O THERMAL SUPPLY | $35,475.79 | $0.00 |
| 63 | ADT Inc | $2,082.66 | $0.00 |

| 65 | Central Furnace Supply Company | $462,763.64 | $0.00 |
| 66 | MULCH KING | $1,695.00 | $0.00 |
| 67 | MG/COMPUTER | $5,202.00 | $0.00 |
| 68 | CARILION ADVERTISING | $1,925.00 | $0.00 |
| 69 | AMERICAN EXPRESS BANK FSB | $5,061.43 | $0.00 |
| 70 | Crown Equipment Corporation | $773.73 | $0.00 |
| 71 | GUSTAVE A. LARSON COMPANY | $379,282.56 | $0.00 |
| 73 | WRIGHT | $27,069.77 | $0.00 |
| 74a | JON MUTTER | $18,013.46 | $0.00 |
| 75 | EXCELSIOR MFG. & SUPPLY CORP. | $12,411.09 | $0.00 |
| 76 | Wheatfield Homes, LLC | $4,638.00 | $0.00 |
| 78 | Ralph W. Zielske | $566,672.56 | $0.00 |
| 79 | Ralph W. Zielske | $920,380.00 | $0.00 |
| 80 | Ralph W. Zielske | $0.00 | $0.00 |
| 81 | LAVINE, JILL | $193.00 | $0.00 |
| 83 | TOIGO, CHRIS | $158.00 | $0.00 |
| 84 | EXCELSIOR MFG. & SUPPLY CORP. | $92,411.09 | $0.00 |
| 85 | Sheet Metal Werks, Inc | $9,888.54 | $0.00 |
| 86 | EXCELSIOR MFG. & SUPPLY CORP. | $22,000.00 | $0.00 |
| 87 | Lennox Industries, Inc | $8,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

Dated: **December 19, 2008**                              For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    David R. Brown
Address:    400 South County Farm Road
            Suite 330
            Wheaton, IL  60187
Phone No.:  (630) 510-0000