**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTHERN ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| OLD OAK HEATING & COOLING INC | ) | CASE NO. 06-14810 |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    DuPage County Courthouse, Courtroom 4016, 505 North County Farm Road, Wheaton, Illinois

    On: **January 16, 2009**                     Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                             $116,808.31

    Disbursements                                                                                    $598.85

    Net Cash Available for Distribution                                                  $116,209.46

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN<br>Trustee | $0.00 | $9,090.42 | $0.00 |
| SPRINGER, BROWN, COVEY, GAERTNER<br>Attorney for Trustee | $0.00 | $10,125.00 | $460.53 |
| ALAN D. LASKO & ASSOCIATES, P.C.<br>Accountant for Trustee | $0.00 | $4,619.30 | $58.70 |
| CLERK, U.S. BANKRUPTCY COURT<br>Clerk of the Court Costs | $0.00 | $0.00 | $750.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $357,444.41 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 25.49% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | Internal Revenue Service | $516.40 | $516.40 |
|  | INTERNAL REVENUE SERVICE | $66.63 | $66.63 |
|  | Internal Revenue Service | $120.77 | $120.77 |
|  | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $716.29 | $716.29 |
| 1a | NATIONAL STABILIZATION OF THE SHEET | $68,174.55 | $15,960.87 |
| 2a | FUND, SHEET METAL WORKERS" NATIONA | $27,361.93 | $6,405.91 |
| 14a | SHEET METAL WORKERS LOCAL 265 WELFA | $116,754.22 | $27,334.23 |
| 15a | SHEET METAL WORKERS LOCAL 265 PENSI | $60,458.45 | $14,154.39 |
| 16a | SMW LOCAL 265 SUPPLEMENTAL RETIREME | $47,148.88 | $11,038.39 |
| 17a | SHEET METAL WORKERS LOCAL 265 EDUCA | $4,856.39 | $1,136.97 |
| 18a | SHEET METAL WORKERS LOCAL 265 INDUS | $1,221.36 | $285.94 |
| 19a | SHEET METAL WORKERS LOCAL 265 SAVIN | $6,097.25 | $1,427.47 |
| 38a | FUND, SHEET METAL WORKERS" NATIONA | $15,429.31 | $3,612.27 |
| 53 | MARGARET DUVALL | $903.85 | $903.85 |
| 56 | CASIELLO, JAN | $193.00 | $0.00 |
| 72 | DAENA A HINKELMAN | $500.00 | $500.00 |
| 74 | JON MUTTER | $3,461.54 | $3,461.54 |
| 82 | MITCHELL FISHER | $3,463.59 | $3,463.59 |

7. Claims of general unsecured creditors totaling $3,482,940.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | YORK INTERNATIONAL CORP | $170,922.97 | $0.00 |
|  | CROWN CREDIT COMPANY | $3,925.40 | $0.00 |
|  | GE Capital | $7,160.44 | $0.00 |
| 1 | NATIONAL STABILIZATION OF THE SHEET | $51,476.89 | $0.00 |
| 2 | FUND, SHEET METAL WORKERS NATIONA | $13,735.66 | $0.00 |
| 5 | VESCO | $11,265.51 | $0.00 |
| 6 | GATWOOD CRANE | $755.00 | $0.00 |
| 7 | THOMAS, GREGORY | $327.00 | $0.00 |
| 8 | JAFFE, MR. & MRS. | $158.00 | $0.00 |
| 9 | McMURRAY, JENNIFER | $348.80 | $0.00 |

| # | Name | Amount | Amount 2 |
|---|---|---:|---:|
| 10 | HUCK, BOUMA, MARTIN, JONES & BRAD | $22,489.32 | $0.00 |
| 11 | MAJESTIC DISTRIBUTING CO., INC. | $70,000.70 | $0.00 |
| 12 | PIPPEN, RANDY | $193.00 | $0.00 |
| 13 | TANIGUCHI, HARRY | $108.50 | $0.00 |
| 14 | SHEET METAL WORKERS LOCAL 265 WELFA | $12,002.30 | $0.00 |
| 15 | SHEET METAL WORKERS LOCAL 265 PENSI | $6,372.73 | $0.00 |
| 16 | SMW LOCAL 265 SUPPLEMENTAL RETIREME | $5,041.77 | $0.00 |
| 17 | SHEET METAL WORKERS LOCAL 265 EDUCA | $812.52 | $0.00 |
| 18 | SHEET METAL WORKERS LOCAL 265 INDUS | $449.02 | $0.00 |
| 19 | SHEET METAL WORKERS LOCAL 265 SAVIN | $936.58 | $0.00 |
| 20 | MEDINAH METALS, LLC | $16,792.05 | $0.00 |
| 21 | NORTHERN SAFETY CO., INC. | $87.28 | $0.00 |
| 22 | U.S. Lift | $735.00 | $0.00 |
| 23 | TOM FINK & ASSOCIATES, INC. | $4,555.69 | $0.00 |
| 24 | FOX, KRISTEN | $367.00 | $0.00 |
| 25 | DEFLECT-O-CORP. NT | $4,661.49 | $0.00 |
| 26 | BERKHEIMER, G. W. AURORA | $73,507.57 | $0.00 |
| 27 | Sprint Nextel Corp. | $7,484.77 | $0.00 |
| 28 | MENKEN, IRENE | $143.00 | $0.00 |
| 29 | LOWDER, SANDRA | $158.00 | $0.00 |
| 30 | O"CONNELL, MR. & MRS. | $158.00 | $0.00 |
| 31 | SCOTT, JACK | $158.00 | $0.00 |
| 32 | YORK INTERNATIONAL CORP | $164,922.97 | $0.00 |
| 34 | FBD ENTERPRISES, INC. | $466.88 | $0.00 |
| 35 | YUKNIS, CLAIRE | $143.00 | $0.00 |
| 36 | MAYER, MR. & MRS. | $173.70 | $0.00 |
| 37 | CONNOR COMANY | $345.17 | $0.00 |
| 38 | FUND, SHEET METAL WORKERS' NATIONA | $222,282.32 | $0.00 |
| 39 | CENTRAL STEEL & WIRE CO.NT | $391.16 | $0.00 |
| 40 | KELLY CLEANING SERVICE, INC. | $320.00 | $0.00 |
| 41 | FOLEY, LISA | $96.50 | $0.00 |
| 42 | FARMER, MR. & MRS. | $750.00 | $0.00 |
| 43 | WIEDEL, HUDZIK, RUSS & PHILLIPP | $2,974.20 | $0.00 |
| 44 | CONTROLD ENG.SUP.CO., INC. | $7,061.28 | $0.00 |
| 45 | COLTHARP'S SALES & SERVICE | $571.32 | $0.00 |
| 46 | BERGERON, RITA | $79.00 | $0.00 |
| 47 | OFFICEMAX CONTRACT, INC. | $1,567.96 | $0.00 |
| 48 | CALL ONE | $994.36 | $0.00 |
| 49 | MARLIN LEASING CORP. | $2,583.78 | $0.00 |
| 50 | FIGOLA, LYNNE | $158.00 | $0.00 |
| 51 | KOCINSI, JOE | $149.00 | $0.00 |
| 52 | HASHIMOTO, TADAYO | $178.00 | $0.00 |
| 54 | McNIERNEY, CATHERINE | $158.00 | $0.00 |
| 55 | LAUDEMAN, ROB | $193.00 | $0.00 |
| 57 | FIVE STAR WINDOW WASHING | $105.00 | $0.00 |
| 58 | ULRICH, ROBERT | $193.00 | $0.00 |
| 59 | McADAMS MULTIGRAPHICS | $2,470.20 | $0.00 |
| 61 | NORTH STATES STEEL CORP. | $10,224.93 | $0.00 |
| 62 | G & O THERMAL SUPPLY | $35,475.79 | $0.00 |
| 63 | ADT Inc | $2,082.66 | $0.00 |

| | | | |
|---|---|---|---|
| 65 | Central Furnace Supply Company | $462,763.64 | $0.00 |
| 66 | MULCH KING | $1,695.00 | $0.00 |
| 67 | MG/COMPUTER | $5,202.00 | $0.00 |
| 68 | CARILION ADVERTISING | $1,925.00 | $0.00 |
| 69 | AMERICAN EXPRESS BANK FSB | $5,061.43 | $0.00 |
| 70 | Crown Equipment Corporation | $773.73 | $0.00 |
| 71 | GUSTAVE A. LARSON COMPANY | $379,282.56 | $0.00 |
| 73 | WRIGHT | $27,069.77 | $0.00 |
| 74a | JON MUTTER | $18,013.46 | $0.00 |
| 75 | EXCELSIOR MFG. & SUPPLY CORP. | $12,411.09 | $0.00 |
| 76 | Wheatfield Homes, LLC | $4,638.00 | $0.00 |
| 78 | Ralph W. Zielske | $566,672.56 | $0.00 |
| 79 | Ralph W. Zielske | $920,380.00 | $0.00 |
| 80 | Ralph W. Zielske | $0.00 | $0.00 |
| 81 | LAVINE, JILL | $193.00 | $0.00 |
| 83 | TOIGO, CHRIS | $158.00 | $0.00 |
| 84 | EXCELSIOR MFG. & SUPPLY CORP. | $92,411.09 | $0.00 |
| 85 | Sheet Metal Werks, Inc | $9,888.54 | $0.00 |
| 86 | EXCELSIOR MFG. & SUPPLY CORP. | $22,000.00 | $0.00 |
| 87 | Lennox Industries, Inc | $8,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

Dated: **December 19, 2008**        For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | David R. Brown |
| Address: | 400 South County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 8                   Date Rcvd: Dec 19, 2008
Case: 06-14810                 Form ID: pdf002              Total Served: 414

The following entities were served by first class mail on Dec 21, 2008.
db           +Old Oak Heating & Cooling Inc,    2575 White Oak Circle,    Aurora, IL 60502-9673
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,     400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11063031      2575 WHITE OAK CIRCLE, LLC,     P. O. Box 4016,    Naperville, IL 60567-4016
11009952     +ACCURATE REPRO, INC.,    29W130 Butterfield Road,    Suite 103,    Warrenville, IL 60555-2829
11009953      ADT,    P. O. Box 371967,    Pittsburgh, PA 15250-7967
11063033     +ADT Inc,    400 Covina Blvd,    San Dimas, CA 91773-2954
11009954     +ALL AROUND SIGNS,    8550 Huckins Drive,    Frankfort, IL 60423-8843
11009955      ALLIED WASTE SERVICES,    P. O. Box 9001154,    Louisville, KY 40290-1154
11009956     +ALTERITY, INC.,    2012 E. Randol Mill Rd.,    Suite 219,    Arlington, TX 76011-8222
11063037      AMERICAN EXPRESS,    P. O. Box 360002,    Fort Lauderdale, FL 33336-0002
11009957      AMERICAN EXPRESS FSB,    POB 3001,    Malvern, PA 19355-0701
11009958      AMERIGAS - PLAINFIELD,    Dept. 0140,    Palatine, IL 60055-0140
11063039     +ARTHUR REICHERT,    P. O. Box 4016,    Naperville, IL 60567-4016
11009959     +AUTOMATIC DATA PROCESSING,    71 Hanover Road M/S 665,    Florham Park, NJ 07932-1502
11207847      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11063041     +BAEDKE, SUSAN,    26323 Mapleview Drive,    Plainfield, IL 60585-2538
11063042      BALASUBRAMANIAM, GOPALASOSIAAN,     2671 Adams Way Drive,    Aurora, IL 60504
11063043     +BARBARA BUNDY,    103 S. Whispering Hills Drive,    Naperville, IL 60540-4236
11063044     +BARBARA L. BUNDY,    103 S. Whispering Hills Dr.,    Naperville, IL 60540-4236
11063045     +BARNES, MICHELLE,    19142 Brompton Court,    Mokena, IL 60448-7751
11063046     +BARRY, ANN MARIE,    2225 Pebble Creek Drive,    Lisle, IL 60532-1192
11063047     +BERGERON, RITA,    110 Cammeron,    Aurora, IL 60504-6617
11063048     +BOLGER, GREG,    2885 Riverstone Court,    Aurora, IL 60502-5458
11063049     +BOLGER, VINCE,    3 S 325 Leask Lane,    Wheaton, IL 60189-8757
11063050     +BONIFAS, KIM,    2051 Alexander,    Batavia, IL 60510-8949
11063051     +BOSE, WILLIAM,    1164 Linden Circle,    Beecher, IL 60401-3730
11063052     +BOSKA, BECKY,    115 Pease Avenue,    Bolingbrook, IL 60490-4584
11063053     +BOUDREAU, JERRY,    699 Oak Lane,    South Elgin, IL 60177-2201
11063054     +BRENART, WALTER,    804 Colechester,    Oswego, IL 60543-5103
11009961     +BRIAN JOHN TAWLKS,    14260 W. 94th Avenue,    Saint John, IN 46373-8917
11009962      BRUCKER COMPANY,    Department 20-1042,    P. O. Box 5940,    Carol Stream, IL 60197-5940
11063057     +BRUSKO, LYNORE,    643 Lake Ridge Drive,    South Elgin, IL 60177-3252
11063058     +BUCARO, MR. & MRS.,    1783 Rizzi Lane,    Bartlett, IL 60103-2903
11063059     +BUCKLEY, MATT,    30 South Freemont,    Naperville, IL 60540-4329
11010898     +Barbara L. Bundy,    103 South Whispering Hills Drive,    Naperville, IL 60540-4236
11063060     +CALIENDO, TONY,    11990 Winterberry,    Plainfield, IL 60585-5606
11009963      CALL ONE,    P. O. Box 88454,    Chicago, IL 60680-1454
11009964      CAPITOL ONE, F.S.B.,    Remittance Processing,    P. O. Box 34631,    Seattle, WA 98124-1631
11009965      CASE CREDIT,    Dept. CH 10460,    Palatine, IL 60055-0460
11063065     +CASIELLO, JAN,    1015 Erb Farm Court,    Naperville, IL 60563-2595
11063066     +CATALLA, JONATHAN,    1158 Lilyfield Lane,    Bolingbrook, IL 60440-3202
11009966     +CENTRAL FURNACE SUPPLY CO.,    1100 Shore Road,    Naperville, IL 60563-8759
11009967     +CENTRAL STEEL & WIRE CO.-NT,    P. O. Box 5100,    Chicago, IL 60680-5100
11063069     +CHAPEL, ADONIS,    875 Tipperary,    Gilberts, IL 60136-8906
11063070     +CHICAGO BACKCROW,    12607 S. Laramie,    Alsip, IL 60803-3225
11009968     +CHICAGO FURNACE SUPPLY COMPANY,    P. O. Box 648,    Lisle, IL 60532-0648
11009969      CHICAGO TRIBUNE,    P. O. Box 6315,    Chicago, IL 60680-6315
11009970      CITY OF AURORA,    P. O. Box 2697,    Aurora, IL 60507-2697
11063074     +CLARE, JENNIFER,    42 W 881 Jen Jensen Road,    Saint Charles, IL 60175-8217
11063075     +COGHILL, KATHLEEN,    858 Chasewood Drive,    South Elgin, IL 60177-3224
11009971      COLTHARP'S SALES & SERVICE,    29W151 North Avenue,    Unit 2,    West Chicago, IL 60185-1477
11009973     +CONNOR COMANY,    1015 S. Lake Street,    Aurora, IL 60506-5886
11009974     +CONTROL'D ENG.SUP.CO., INC.,    P. O. Box 2474,    Glen Ellyn, IL 60138-2474
11063079     +CONTROLD ENG.SUP.CO., INC.,    P. O. Box 2474,    Glen Ellyn, IL 60138-2474
11009975     +COUNTRY MUTUAL INSURANCE CO.,    P. O. Box 2100,    Bloomington, IL 61702-2100
11063081     +CROSS, JOHN,    2647 Salt Meadow,    Naperville, IL 60564-4345
11009976      CROWN CREDIT COMPANY,    P. O. Box 640352,    Cincinnati, OH 45264-0352
11063083     +CROWN CREDIT COMPANY,    115 N. Main St,    New Bremen, OH 45869-1100
11009977      CROWN LIFT TRUCKS,    2033 Hammond Drive,    Schaumburg, IL 60173
11063085     +CUMMINGS, KATIE,    26W144 Klein Creek,    Winfield, IL 60190-2356
11063086     +CZACHOR, LARRY,    10841 Glen Lake drive,    Orland Park, IL 60467-4563
11015784     +Carilion Advertising,    20983 W. Olive Street,    Plainfield, IL 60544-7482
11198596     +Central Furnace Supply Company,    c/o Vincent Robertelli,    Giagnorio & Robertelli,
               P.O. Box 726,    Bloomingdale, IL 60108-0726
11015785     +Chicago Backcrow,    12607 S. Laramine,    Alsip, IL 60803-3225
11207937     +Crown Equipment Corporation,    Attn: Rodney H. Hinders, Esq,    40 South Washington Street,
               New Bremen, OH 45869-1247
11146967     +Cyma,    2330 W. University Dr. #4,    Tempe, AZ 85281-7294
11009978     +D.L.W. ASSOCIATES,    6N330 Circle Avenue,    Medinah, IL 60157-9778
11063088     +DAENA HINKELMAN,    1940 Wisteria Court,    Naperville, IL 60565-2500
11009979     +DAILY HERALD/PADDOCK PUBL.,    P. O. Box 6000,    Carol Stream, IL 60197-6000
11063091     +DALEY, SANDY,    40W387 Oliver Holmes,    Saint Charles, IL 60175-7527
11063092    +++DARRELL SCHUCKERT,    15809 S RIVER RD,    PLAINFIELD IL  60544-8117
               (address filed with court: DARRELL SCHUCKERT,    403 South River Road,    Plainfield, IL 60544)
11063093     +DATA, WILLIAM,    418 Hackney Lane,    Oswego, IL 60543-8281
11063094     +DAVID CORONA,    352 High Street,    Aurora, IL 60505-2763
11063095     +DEARBORN, FREDRICK,    304 Ridge,    North Aurora, IL 60542-9170
11063096     +DECORE, JEFF,    4030 Meadowview Lane,    Saint Charles, IL 60175-5653
11009980      DEFLECT-O-CORP. NT,    75 Remittance Drive,    Suite 1546,    Chicago, IL 60675-1546
11009981     +DIGIOVINE,HNILO, JORDAN, & JO,    387 Shuman Blvd.,    Suite 170E,    Naperville, IL 60563-2607
11063099     +DINKINS, GLORIA,    2147 Sutton Drive,    South Elgin, IL 60177-3249
```

```
District/off: 0752-1           User: amcc7                  Page 2 of 8                   Date Rcvd: Dec 19, 2008
Case: 06-14810                 Form ID: pdf002              Total Served: 414

11009982     DIRECT TV,    P. O. Box 60036,    Los Angeles, CA 90060-0036
11063101    +DODSON, SHONTELLE,    2 Helens Way Court,    Naperville, IL 60565-1107
11009983    +DOWNERS GROVE NATIONAL BANK,    5140 Main Street,    Downers Grove, IL 60515-4610
11063106    +DREWS, LORI,    753 Biloxi Court,    Carol Stream, IL 60188-9213
11063107    +DUDRECK, MR. & MRS.,    605 Bourbon Lane,    Naperville, IL 60565-4419
11063108    +DUSCH, TERRI,    3636 Kerriell,    Naperville, IL 60564-4436
11063109    +DWYER, ROBERT,    1725 Elyse Lane,    Naperville, IL 60565-4421
11015786    +Daily Herald,    3695 Darlene Court,   Suite 102,    Aurora, IL 60504-6542
11215798    +Doena A Hinkelman,    1904 Wistenia Ct #5,    Naperville, IL 60565-2067
11063110     EBRSOLD, INC.,    One South 376 Summit Ave.,    Court B,    Oakbrook Terrace, IL 60181
11009984    +EBRSOLD, INC.,    6040 Main Street,    Downers Grove, IL 60516-1976
11063111    +ELLIOTT, JOHN,    3112 Seiler Court,    Naperville, IL 60565-4423
11063112    +ELLSTROM, LISA,    1244 Lake Shore Drive,    Lisle, IL 60532-4561
11063113    +ERICKSEN, BETTY,    1104 Fox Ridge Lane,    Aurora, IL 60502-6800
11009985    +EXCELSIOR MFG. & SUPPLY CORP.,    Kohner, Mann & Kailas,    Washington Building,
              4650 N Port Washington Road,    Milwaukee, WI 53212-1077
11063114     EXCELSIOR MFG. & SUPPLY CORP.,    135 S. La Salle Street,    Det. 1846,    Chicago, IL 60674-1846
11063115    +FAHER, JOHN,    25901 Courtney Road,    Plainfield, IL 60585-7741
11063116    +FARMER, MR. & MRS.,    309 Ridge Road,    North Aurora, IL 60542-9156
11009986     FBD ENTERPRISES, INC.,    600 Lor-Ann Street,    South Elgin, IL 60177-2112
11063118    +FIGOLA, LYNNE,    813 Canton Drive,    Oswego, IL 60543-5802
11063119    +FITZSIMMONS, LAURIE,    1710 Stone Ridge,    Algonquin, IL 60102-6639
11009987    +FIVE STAR WINDOW WASHING, INC.,    P. O. Box 1194,    Lombard, IL 60148-8194
11063121    +FLYNN, DAYNA,    1140 Commons Drive,    Aurora, IL 60504-8420
11063122    +FOLEY, LISA,    40W282 Campton Oak Drive,    Saint Charles, IL 60175-6936
11063123     FORD MOTOR CREDIT,    P. O. Box 790093,    Saint Louis, MO 63179-0093
11063124    +FOSS, MR. & MRS.,    16441 Newberry Court,    Crest Hill, IL 60403-0793
11063125    +FOX, CHRIS,    433 Pheasant Hill,    North Aurora, IL 60542-1285
11063126    +FOX, KRISTEN,    238 Cumnor,    Glen Ellyn, IL 60137-4808
11009988    +FP MAILING SOLUTIONS,    P. O. Box 4272,    Carol Stream, IL 60197-4272
11063128    +FRANCIS KURANDA, JR.,    5N067 East Mary,    Saint Charles, IL 60175-7809
11063129     FRANCO POSTALIA,    P. O. Box 4272,    Carol Stream, IL 60122-4272
11063130    +FRANZ, MR. & MRS.,    148 Pineridge,    Oswego, IL 60543-7576
11063131    +FRED BRARDI,    3954 Island Circle,    Hanover Park, IL 60133-6111
11009989     G & O THERMAL SUPPLY,    5435 N. Northwest Highway,    Chicago, IL 60630-1191
11063133    +G.W. BERKHEIMER AURORA,    6000 Southport Road,    Portage, IN 46368-6405
11009990    +G.W. BERKHEIMER - AURORA,    945 Aurora Avenue,    Aurora, IL 60505-8602
11063134    +GALLO, PAUL,    2917 Boone Street,    Joliet, IL 60435-1572
11063136    +GARDNER, SHEILA,    965 Riverstone,    Aurora, IL 60502-5457
11063135    +GARDNER, SHEILA,    965 Riverstone Drive,    Aurora, IL 60502-5457
11063137    +GARRIGAN, CHERYL,    1757 Rizzi Lane,    Bartlett, IL 60103-2903
11063138    +GARY KRANZ,    1135 Hinckley Street,    Aurora, IL 60505-5625
11063140    +GE CAPITAL,    1961 Hirst Drive,    Moberly, MO 65270-3046
11072136    +GE Capital,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
11063142    +GENTILE, JENNIFER,    553 Lake Ridge Drive,    South Elgin, IL 60177-3252
11009991    +GIAGNORIO & ROBERTELLI,    P. O. Box 726,    Bloomingdale, IL 60108-0726
11063144    +GRAHAM, JIM,    1579 Everwood Road,    Naperville, IL 60540-4082
11063145    +GRATZ, MR. & MRS.,    1137 Gilbert Avenue,    Downers Grove, IL 60515-4627
11063146    +GRAY, LILY,    4804 North Cott,    Downers Grove, IL 60515-3435
11009992    +GREATER AURORA CHAMBER OF COMM,    43 W. Galena Blvd.,    Aurora, IL 60506-4129
11063148    +GREEN, ERIC,    2539 Spartina,    Naperville, IL 60564-4978
11063149    +GREEN, MEGAN,    2338 Kidwell,    West Chicago, IL 60185-6444
11009993    +GUSTAVE A. LARSON COMPANY,    Box 68-3006,    Milwaukee, WI 53268-0001
11015787    +Gatwood Crane,    2345 E. Hamilton Road,    Arlington Heights, IL 60005-4806
11063151    +HAAS, JOANNE,    2033 Gillenwater,    Batavia, IL 60510-8930
11063152    +HAMILTON, MR. & MRS.,    6 East 17th Street,    Lombard, IL 60148-4902
11063153    +HANNA, BARBARA,    275 Merton,    Glen Ellyn, IL 60137-5563
11063154    +HANSON, CECILIA,    3026 Covered Bridge,    Joliet, IL 60435-0613
11063155     HASHIMOTO, TADAYO,    1216 Stonebriar Court,    Naperville, IL 60540-8017
11009994    +HBA OF GREATER FOX VALLEY,    555 S. Randall Road,    Suite 201,    Saint Charles, IL 60174-5918
11063157    +HELLER, TODD,    11 Lakeridge Court,    South Elgin, IL 60177-3251
11063158    +HERWICK, SCOTT,    740 Doral,    North Aurora, IL 60542-9146
11063159    +HLINKA, JOY,    2984 Braemore,    West Chicago, IL 60185-6440
11009995    +HOGAN PLUMBING, INC.,    30W265 Younghal Road,    Warrenville, IL 60555-1552
11009996     HOME DEPOT CREDIT SERVICES,    P. O. Box 6031,    Dept. 32-2501178002,    The Lakes, NV 88901-6031
11063203    +HOMEOWNER,    1327 W. Creekside,    Romeoville, IL 60446-5039
11063204    +HOMEOWNER,    1329 W. Creekside,    Romeoville, IL 60446-5039
11063205    +HOMEOWNER,    1331 W. Creekside,    Romeoville, IL 60446-5039
11063197    +HOMEOWNER,    1333 W. Creekside,    Romeoville, IL 60446-5039
11063162    +HOMEOWNER,    26335 W. Arbor Lane,    Channahon, IL 60410-5563
11063186    +HOMEOWNER,    1121 Parkwood Avenue,    Park Ridge, IL 60068-1852
11063231    +HOMEOWNER,    210 S. Oak Creek Lane,    Romeoville, IL 60446-5310
11063190    +HOMEOWNER,    281 S. Oak Creek Lane,    Romeoville, IL 60446-5335
11063230    +HOMEOWNER,    212 S. Oak Creek Lane,    Romeoville, IL 60446-5310
11063192    +HOMEOWNER,    253 S. Oak Creek Lane,    Romeoville, IL 60446-5337
11063191    +HOMEOWNER,    293 S. Oak Creek Lane,    Romeoville, IL 60446-5352
11063184    +HOMEOWNER,    25932 Cambell Lane,    Plainfield, IL 60585-2304
11063229    +HOMEOWNER,    214 S. Oak Creek Lane,    Romeoville, IL 60446-5310
11063195    +HOMEOWNER,    225 S. Oak Creek Lane,    Romeoville, IL 60446-5308
11063193    +HOMEOWNER,    255 S. Oak Creek Lane,    Romeoville, IL 60446-5337
11063188    +HOMEOWNER,    285 S. Oak Creek Lane,    Romeoville, IL 60446-5352
11063194    +HOMEOWNER,    257 S. Oak Creek Lane,    Romeoville, IL 60446-5337
11063189    +HOMEOWNER,    287 S. Oak Creek Lane,    Romeoville, IL 60446-5352
11063232    +HOMEOWNER,    208 S. Oak Creek Lane,    Romeoville, IL 60446-5310
```

```
District/off: 0752-1          User: amcc7              Page 3 of 8         Date Rcvd: Dec 19, 2008
Case: 06-14810                Form ID: pdf002         Total Served: 414

11063180     +HOMEOWNER,   26125 W. Sylvan Meadow Drive,    Channahon, IL 60410-3447
11063172     +HOMEOWNER,   26135 W. Sylvan Meadow Drive,    Channahon, IL 60410-3447
11063176     +HOMEOWNER,   26225 W. Sylvan Meadow Drive,    Channahon, IL 60410-3448
11063164     +HOMEOWNER,   26254 W. Silver Stream Drive,    Channahon, IL 60410-3449
11063173     +HOMEOWNER,   26258 W. Silver Stream Drive,    Channahon, IL 60410-3449
11063175     +HOMEOWNER,   26262 W. Silver Stream Drive,    Channahon, IL 60410-3449
11063187     +HOMEOWNER,   1123 Compass Court,   Naperville, IL 60540-8151
11063185     +HOMEOWNER,   25617 Sunnymere Drive,   Plainfield, IL 60585-1543
11063178     +HOMEOWNER,   26302 W. Silver Stream Drive,    Channahon, IL 60410-3450
11063165     +HOMEOWNER,   26314 W. Silver Stream Drive,    Channahon, IL 60410-3450
11063166     +HOMEOWNER,   26317 W. Silver Stream Drive,    Channahon, IL 60410-3403
11063179     +HOMEOWNER,   26334 W. Silver Stream Drive,    Channahon, IL 60410-3450
11063177     +HOMEOWNER,   26342 W. Silver Stream Drive,    Channahon, IL 60410-3450
11063174     +HOMEOWNER,   26346 W. Silver Stream Drive,    Channahon, IL 60410-3450
11063182     +HOMEOWNER,   12723 Wexford Drive,   Plainfield, IL 60585-2853
11063181     +HOMEOWNER,   25748 Sunnymere Drive,   Plainfield, IL 60585-1461
11063170      HOMEOWNER,   26605 W. Sylvan Meadow Drive,    Channahon, IL 60410
11063228     +HOMEOWNER,   1374 W. Alder Creek Drive,   Romeoville, IL 60446-5063
11063227     +HOMEOWNER,   1376 W. Alder Creek Drive,   Romeoville, IL 60446-5063
11063226     +HOMEOWNER,   1378 W. Alder Creek Drive,   Romeoville, IL 60446-5063
11063225     +HOMEOWNER,   1380 W. Alder Credd Drive,   Romeoville, IL 60446-5063
11063224     +HOMEOWNER,   1382 W. Alder Creek Drive,   Romeoville, IL 60446-5063
11063223     +HOMEOWNER,   1384 W. Alder Creek Drive,   Romeoville, IL 60446-5063
11063216      HOMEOWNER,   200 S. Alder Creek Drive,   Romeoville, IL 60441
11063220     +HOMEOWNER,   250 S. Alder Creek Drive,   Romeoville, IL 60446-5189
11063208     +HOMEOWNER,   211 S. Alder Creek Drive,   Romeoville, IL 60446-5342
11063201     +HOMEOWNER,   231 S. Alder Creek Drive,   Romeoville, IL 60446-5350
11063214      HOMEOWNER,   202 S. Alder Creek Drive,   Romeoville, IL 60441
11063219     +HOMEOWNER,   252 S. Alder Creek Drive,   Romeoville, IL 60446-5189
11063196     +HOMEOWNER,   232 S. Aldor Creek Drive,   Romeoville, IL 60446-5341
11063209     +HOMEOWNER,   213 S. Alder Creek Drive,   Romeoville, IL 60446-5342
11063198     +HOMEOWNER,   223 S. Alder Creek Drive,   Romeoville, IL 60446-5350
11063202     +HOMEOWNER,   233 S. Alder Creek Drive,   Romeoville, IL 60446-5350
11063215      HOMEOWNER,   204 S. Alder Creek Drive,   Romeoville, IL 60441
11063218     +HOMEOWNER,   254 S. Alder Creek Drive,   Romeoville, IL 60446-5189
11063211     +HOMEOWNER,   215 S. Alder Creek Drive,   Romeoville, IL 60446-5342
11063213      HOMEOWNER,   206 S. Alder Creek Drive,   Romeoville, IL 60441
11063222     +HOMEOWNER,   246 S. Alder Creek Drive,   Romeoville, IL 60446-5189
11063217     +HOMEOWNER,   256 S. Alder Creek Drive,   Romeoville, IL 60446-5189
11063212     +HOMEOWNER,   217 S. Alder Creek Drive,   Romeoville, IL 60446-5342
11063199     +HOMEOWNER,   227 S. Alder Creek Drive,   Romeoville, IL 60446-5350
11063221     +HOMEOWNER,   248 S. Alder Creek drive,   Romeoville, IL 60446-5189
11063207     +HOMEOWNER,   209 S. Alder Creek Drive,   Romeoville, IL 60446-5342
11063210     +HOMEOWNER,   219 S. Alder Creek Drive,   Romeoville, IL 60446-5342
11063200     +HOMEOWNER,   229 S. Alder Creek Drive,   Romeoville, IL 60446-5350
11063168     +HOMEOWNER,   26150 W. Ravine Woods Drive,   Channahon, IL 60410-3426
11063183      HOMEOWNER,   26238 Whispering Court,   Plainfield, IL 60544
11063167     +HOMEOWNER,   26257 Silver Stream Drive,   Channahon, IL 60410-3451
11063163     +HOMEOWNER,   25140 S. Stoney Brook Court,   Channahon, IL 60410-3452
11063169     +HOMEOWNER,   25160 S. Stoney Brook Court,   Channahon, IL 60410-3452
11063171     +HOMEOWNER,   25161 Stoneybrook Court,   Channahon, IL 60410-3452
11063233     +HOMEOWNERS,   225 S. Alder Creek Drive,   Romeoville, IL 60446-5350
11063234     +HOWARD, LUANNE,   302 Robinson Way,   Batavia, IL 60510-1724
11009997     +HUCK, BOUMA, MARTIN, JONES & BRAD,   1755 S. Naperville Road,   Suite 200,
               Wheaton, IL 60189-5844
11063236     +IL STATE SMACNA,   Attn: Glen Gobel,   P. O. Box 2007,   Springfield, IL 62705-2007
11010894     +IL State Smacna,   Atten:Glen Gobel,   P.O. Box 2007,   Springfield, IL 62705-2007
11009999      ILLINOIS DEPT. OF REVENUE,   Retailers' Occupation Tax,   Springfield, IL 62796-0001
11010000     +ILLINOIS FIRE EXTINGUISHER, INC.,   702 S. Rohlwing Road,   Addison, IL 60101-4288
11010001      INDUSTRIAL LADDER & SUP. CO.,   245 Adele Court,   Villa Park, IL 60181-1208
11010002     +INSPIRED COMMUNICATIONS, INC.,   1414 Montauk Court,   Bartlett, IL 60103-2988
11063241      JACOBSON, MR. & MRS.,   260 Cole Drive,   South Elgin, IL 60177
11063242     +JAFFE, MR. & MRS.,   681 Claredon,   Aurora, IL 60504-3227
11010003     +JAMES BADIALI,   1104 N. Lancaster Circle,   South Elgin, IL 60177-2706
11063244     +JAMES SWANSON,   23745 Schoolhouse Road,   Manhattan, IL 60442-9521
11063245     +JAMIE SHANNON,   443 Danbury Drive,   Carol Stream, IL 60188-2919
11063246     +JEFF BURNETT,   350 Richmond Drive,   Romeoville, IL 60446-5048
11063247     +JELINEK, NANCY,   1132 Fremont Street,   Yorkville, IL 60560-1891
11010004     +JIFFY LUBE/AFMS,   P. O. Box 620130,   Middleton, WI 53562-0130
11063249     +JOE BERARDI,   3954 Island Circle,   Hanover Park, IL 60133-6111
11063250     +JOHN ROBERTS,   55 Sunnyside Park,   Batavia, IL 60510-1348
11063251     +JOHNSON, MR. & MRS.,   613 North York Road,   Hinsdale, IL 60521-3532
11010005     +JOHNSTONE SUPPLY,   480 Industrial Drive,   Suite 116,   Naperville, IL 60563-3903
11010006     +JON MUTTER,   7656 West Riverton Court,   Frankfort, IL 60423-6994
11063255     +KAVVADIAS, LORI,   423 Mallard Pointe Drive,   North Aurora, IL 60542-1282
11063256     +KEATING, KEVIN,   700 W. Van Buren,   Chicago, IL 60607-3617
11063257     +KEDROWSKI, DEBRA,   126 Peach,   Bolingbrook, IL 60490-4583
11063258      KEISLER, AMY,   3S421 Saddle Court,   Warrenville, IL 60555
11063259     +KELLOGG, DAVE,   24930 Heritage Oaks Drive,   Plainfield, IL 60585-5774
11010007     +KELLY CLEANING SERVICE, INC.,   P. O. Box 277,   Warrenville, IL 60555-0277
11063261      KELLY, KEVIN,   6303 Bundle Flower,   Naperville, IL 60564
11063262     +KENNEDY, MIKE,   733 Highview Lane,   Glen Ellyn, IL 60137-5557
11063263     +KERN, DAN,   882 Tipperary,   Gilberts, IL 60136-8907
11063264     +KLINDERA, CR,   312 Ridge Road,   North Aurora, IL 60542-9170
```

```
District/off: 0752-1          User: amcc7                 Page 4 of 8              Date Rcvd: Dec 19, 2008
Case: 06-14810                Form ID: pdf002             Total Served: 414

11063265      +KNIGHTEN, CARL,    771 Hickory Lane,    West Chicago, IL 60185-4955
11063266      +KOCINSI, JOE,    429 E. Fay Avenue,    Addison, IL 60101-6503
11063267      +KRAUSE, MINDY,    11960 Winterberry,    Plainfield, IL 60585-5683
11063268      +KRENZ, MR. & MRS.,    317 Magnolia Drive,    North Aurora, IL 60542-3042
11063269      +KROPP EQUIPMENT,    1020 Kennedy Avenue,    Schererville, IN 46375-1368
11063270      +KUNKEZ, MELISSA,    3135 Treesdale Court,    Naperville, IL 60564-4609
11063271      +KUNTSZ, JOE,    137 Sante Fe Lane,    Willow Springs, IL 60480-1624
11141411       Kocinski, Joe,    429 E Fay Avenue,    Addison, IL 60101-6503
11015788      +Kropp Equipment,    1020 Kennedy Avenue,    Schereville, IN 46375-1368
11063272      +LAUDEMAN, ROB,    2644 Sweetbroom Lane,    Naperville,, IL 60564-4325
11063275      +LAVINE, JILL,    2484 Glenford Drive,    Aurora, IL 60502-9006
11010009       LEADER BOX CORP.,    4831 S. May Street,    Chicago, IL 60609-4314
11063274      +LENHARCT, PAM,    3410 Heritage Oaks Court,    Oak Brook, IL 60523-2545
11063276      +LILL, GEORGE,    27009 Ashgate Crossing,    Plainfield, IL 60585-2909
11063277      +LOPEZ, MR. & MRS.,    2588 Adam Way Court,    Aurora, IL 60502-9082
11063278      +LOWDER, SANDRA,    450 Vaughn Circle,    Aurora, IL 60502-6764
11874781      +Lennox Industries, Inc,    Peter C. Lewis,    Adorno Yoss White & Wiggins,
                 1999 Bryan Street, 34th Floor,    Dallas, TX 75201-3136
11063279      +MAHON, MR. & MRS.,    111 N. Bruner,    Hinsdale, IL 60521-3022
11063280      +MAHURIN, KRISTY,    38 W 350 Heritage Oaks Drive,    Saint Charles, IL 60175-5482
11010010      +MAJESTIC DISTRIBUTING CO., INC.,    1255 Bowes Road,    Elgin, IL 60123-5542
11063282      +MARGARET DUVALL,    109 South Oak Street,    Bartlett, IL 60103-4056
11063283      +MARLIN LEASING,    P. O. Box 637,    Mount Laurel, NJ 08054-0637
11063284      +MARLIN LEASING CORP.,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
11010011      +MARLING LEASING CORP.,    203 N. La Salle St.,    Chicago, IL 60601-1267
11063285      +MARUSIN, MICHAEL,    2584 Whitehall Lane,    Naperville, IL 60564-8438
11063286      +MATLOCK, RENA,    2587 Adams Way Drive,    Aurora, IL 60502-9081
11063287      +MAYER, MR. & MRS.,    11830 Winding Trail Drive,    Willow Springs, IL 60480-1192
11063288       MAZZACANI, MR. & MRS.,    1679 Colombia Circle
11063293       MEDINA, JOHN,    915 Hackney Lane,    Oswego, IL 60543
11063294      +MEDINAH METALS, LLC,    333 E. Lake Street,    Suite 135,    Bloomingdale, IL 60108-1199
11010013      +MEDINAH METALS, LLC,    550 East Devon,    Suite 120,    Itasca, IL 60143-2637
11010014      +MEDRO SERVICES, INC.,    1701 North Larkin Avenue,    Crest Hill, IL 60403-3591
11063296      +MEHRIG, JULIE,    22 South Laird Street,    Naperville, IL 60540-4336
11063297      +MENKEN, IRENE,    21636 W. Empress Lane,    Plainfield, IL 60544-6318
11010015      +MG/COMPUTER,    5510 Pershing Avenue,    Downers Grove, IL 60515-4402
11063299      +MICHAEL URBAN,    532 Rundle Court,    Batavia, IL 60510-8696
11063302      +MILANO, MAUREEN,    343 Redbud Drive,    Naperville, IL 60540-7315
11063304      +MITCH FISCHER,    730 Farragut Avenue,    Romeoville, IL 60446-1129
11063305      +MULCH KING,    1750 Brookfield Ct,    Aurora, IL 60503-5698
11010017      +MULCH KING,    2622 Wingate Court,    Aurora, IL 60502-2311
11063306      +MULLEN, PAUL,    2806 Kentshire Court,    Naperville, IL 60564-8427
11063307      +MULROY, JIM,    802 Canton Drive,    Oswego, IL 60543-5801
11010012      +McADAMS MULTIGRAPHICS,    900 Jorie Blvd.,    Suite 26,    Oak Brook, IL 60523-3852
11063290      +McMURRAY, JENNIFER,    2108 N. Beaver Creek Drive,    Vernon Hills, IL 60061-3813
11063291      +McNIERNEY, CATHERINE,    26216 Mapleview,    Plainfield, IL 60585-2540
11063292      +McQUAY, JERRY,    25312 S. Tuscany Drive,    Monee, IL 60449-8674
11010895      +Mid-Way Supply,    2502 Deborah Avenue,    Zion, IL 60099-2794
11015789      +Midwest Home Chicago,    730 2nd Avenue S.,    Suite 600,    Minneapolis, MN 55402-2420
11015790      +Minuteman Press,    2011 Essington Road,    Joliet, IL 60435-1629
11015791      +Muscular Dystrophy Assoc,    POB 78960,    Phoenix, AZ 85062-8960
11010018      +NAPERVILLE CHAMBER OF COMMERCE,    55 S. Main Street,    Suite 351,    Naperville, IL 60540-5424
11063311      +NEALIS, MICHAEL,    716 Doral Lane,    North Aurora, IL 60542-9146
11010019       NEXTEL COMMUNICATIONS,    P. O. Box 4181,    Carol Stream, IL 60197-4181
11063313      +NICHOLS, MR. & MRS.,    514 Chestnut Lane,    Oswego, IL 60543-9811
11010020       NICOR GAS/NORTHERN IL GAS,    P. O. Box 416,    Aurora, IL 60568-0001
11010021       NORTH STATES STEEL CORP.,    811 Eagle Drive,    Bensenville, IL 60106-1946
11063315      +NORTH STATES STEEL CORP.,    c/o Law Off. of Frank R. Montgomery,
                 1420 Renassiance Dr., Ste. 301-F,    Park Ridge, IL 60068-1343
11010022       NORTHERN SAFETY CO., INC.,    P. O. Box 4250,    Utica, NY 13504-4250
11015792      +Naperville Towing,    10 S 290 Schoger Drive,    Naperville, IL 60564-5651
11063680      +National Stabilization of the Sheet Metal Industry,    Trust Fund,    c/o Shanna M. Cramer, Esquire,
                 510 Walnut St., Suite 1600,    Phila, PA 19106-3601
11063317      +O’CONNELL, MR. & MRS.,    4N606 Old Lafox,    Saint Charles, IL 60175-7630
11063318      +OFFICEMAX CONTRACT, INC.,    P. O. Box 92735,    Chicago, IL 60675-0001
11010023      +OFFICEMAX CONTRACT, INC.,    263 Shuman Blvd,    Naperville, IL 60563-8147
11010024      +ON THE GO TIRE CO.,    602 Chestnut Drive,    Oswego, IL 60543-9831
11063320      +ORLOVE, JEFFREY,    2122 Stonebridge Court,    Wheaton, IL 60189-7100
11063321      +PALER, DONNA,    1108 Chadwick Court,    Aurora, IL 60502-9469
11063322      +PALMER, ROBERT,    11956 Winterberry,    Plainfield, IL 60585-5683
11063323      +PAPO, KATIE,    24964 Heritage Oaks Drive,    Plainfield, IL 60585-5774
11063324      +PARKER, MR. & MRS.,    3312 Danlaur,    Naperville, IL 60564-4212
11063325      +PINTOZZI, FRANCES,    11972 Wintrberry Lane,    Plainfield, IL 60585-5683
11063326      +PIPPEN, RANDY,    24807 Winterberry Court,    Plainfield, IL 60585-5686
11063327      +POE, MR. & MRS.,    2434 Alamance Drive,    West Chicago, IL 60185-6448
11010026      +PORTER SUPPLY CO.,    35049 Eagle Way,    Chicago, IL 60678-0001
11010027      +PROMEX HOUSE CARE,    420 Liberty Dr.,    Bolingbrook, IL 60440-1260
11010028      +PROVEN BUSINESS SYSTEMS,    18450 Crossing Drive,    Suite D,    Tinley Park, IL 60487-9370
12046399      +PULTE HOMES, a division of PULTE HOME CORPORATION,    c/o Belgrade and O’Donnell, P.C.,
                 20 N. Wacker Drive, Suite 1900,    Chicago, Illinois 60606-3001
11063331      +RAGBEER, DENISE,    26662 Lindengate Circle,    Plainfield, IL 60585-5829
11063332      +RAJARAM, MAHESWARI,    1077 Sonoma,    Aurora, IL 60502-8506
11063333      +RALPH ZIELSKE,    479 Lake of the Woods,    Venice, FL 34293-7218
11063334      +RAMANADHAN, MR. & MRS.,    3211 Keller Lane,    Naperville, IL 60565-3547
```

```
District/off: 0752-1          User: amcc7                  Page 5 of 8                   Date Rcvd: Dec 19, 2008
Case: 06-14810                Form ID: pdf002              Total Served: 414

11010029      +RANKIN,    1051 N. Main St.,    Suite D,    Lombard, IL 60148-1350
11063337      +REID FORTH,    46W550 Katie Drive,    Big Rock, IL 60511-9403
11010030      +REID FORTH,    2575 White Oak Circle,    Aurora, IL 60502-9673
11063338      +ROBINSON, GARY,    13426 Lindengate Court,    Plainfield, IL 60585-5998
11063339      +ROJAS, NICOLE,    123 Santa Fe Drive,    Willow Springs, IL 60480-1624
11239766      +Ralph W. Zielske,    Peter J. Schmmidt, Dykems Gossett PLLC,    10 S Wacker Dr., Suite 2300,
                Chicago, IL 60606-7509
11010031       S.M.W. NATIONAL BENEFIT FUND,    P. O. Box 79321,    Baltimore, MD 21279-0321
11015793      +S.W. Suburban HBA,    10767 W. 163rd Place,    Orland Park, IL 60467-8861
11063343      +SACY, KAREN,    3106 Heritage Oaks,    Oak Brook, IL 60523-2550
11010032      +SBC COMMUNICATIONS,    Bill Payment Center,    Saginaw, MI 48663-0001
11063346      +SCHMIDT, KURT,    2391 Angela,    Aurora, IL 60502-9067
11063347      +SCHUEMAN, SHAWN,    13722 Hunt Club Lane,    Plainfield, IL 60544-4203
11063348      +SCOTT THOMA,    2155 Waterfall Lane,    Hanover Park, IL 60133-6707
11063349      +SCOTT, JACK,    329 Ridge Road,    North Aurora, IL 60542-9156
11063350      +SCOTT, LETIA,    1938 Chesterfield Lane,    Aurora, IL 60503-8521
11063352      +SERPICO, GARY,    1755 Rizziln,    Bartlett, IL 60103-2903
11063353      +SHARP, DOUGLAS,    217 Winding Trail Drive,    Willow Springs, IL 60480-1656
11010034      +SHEET METAL WERKS,    455 E. Algonquin Rd.,    Arlington Heights, IL 60005-4620
11010035       SHEET METAL WORKERS LOCAL 265,    Finge Benefit Fund,    P. O. Box 519,
                West Chicago, IL 60186-0519
11010036      +SHELTER SUPPLY,    151 E. Cliff Road,    Suite 30,    Burnsville, MN 55337-1586
11063357      +SILLHA, JUDY,    2807 Imperial Valley Trail,    Aurora, IL 60503-5757
11063358      +SLONE, CAROLYN,    298 Oak Street,    Glen Ellyn, IL 60137-3814
11090560       SMW Local 265 Supplemental Retirement Plan,    c/o Beverly P. Alfon,
                Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                Chicago, IL  60606-5231
11063359      +SMYCZYNSKI, MR. & MRS.,    10 Autumn Trail,    Barrington, IL 60010-8613
11063360      +SPARK, COLIN,    3054 Covered Bridge Way,    Joliet, IL 60435-0613
11010037      +SPECIALTY MAT SERVICE,    2730 Beverly Drive,    Aurora, IL 60502-8595
11063362      +SRAMEK, RAY,    24825 Ironwood Court,    Plainfield, IL 60585-5697
11063363      +STASTNY, MR. & MRS.,    400 Village Circle,    Willow Springs, IL 60480-1802
11063364       STEMPIEN, JANICE,    2955 Cannened Bridge Way,    Joliet, IL 60435
11063365      +STRASMA, MR. & MRS.,    22618 Deerpath Lane,    Plainfield, IL 60544-2180
11015794      +Safelite Auto Glass,    7 South Rt 59,    Aurora, IL 60504-7907
11010896      +Security Systems, Inc,    120 Kine Street,    Elk Grove Village, IL 60007-1111
11448623      +Sheet Metal Werks, Inc,    Lawrence B. Ordower,    One N. LaSalle St., #1300,
                Chicago, IL 60602-3992
11090561       Sheet Metal Workers Local 265 Educational Fund,    c/o Beverly P. Alfon,
                Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                Chicago, IL  60606-5231
11090564       Sheet Metal Workers Local 265 Industry Fund,    c/o Beverly P. Alfon,
                Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                Chicago, IL  60606-5231
11090557       Sheet Metal Workers Local 265 Pension Fund,    c/o Beverly P. Alfon,
                Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                Chicago, IL  60606-5231
11090566       Sheet Metal Workers Local 265 Savings Fund,    c/o Beverly P. Alfon,
                Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                Chicago, IL  60606-5231
11090553       Sheet Metal Workers Local 265 Welfare Fund,    c/o Beverly P. Alfon,
                Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                Chicago, IL  60606-5231
11063701      +Sheet Metal Workers' National Pension Fund,    /SASMI Trust Fund,
                c/o Dawn M. Cossta Jennings Sigmond, PC,    510 Walnut Street, 16th Floor,
                Philadelphia, PA 19106-3619
11091722       Sprint Nextel Corp.,    Attn: Bankruptcy,    PO Box 172408,    Denver, CO 80217-2408
11015795      +T&T Reproduction,    511 N. Second Street,    Libertyville, IL 60048-2081
11063367      +TANIGUCHI, HARRY,    24801 Winterberry Lane,    Plainfield, IL 60585-5686
11010038      +TEMPERATURE EQUIPMENT CORP.,    17725 Volbrecht Rd.,    Lansing, IL 60438-4539
11010039       THE GRAPHICS ARTS STUDIO, INC.,    28 W. Commercial Avenue,    Barrington, IL 60010
11063370      +THOMAS, GREGORY,    513 Meadow Wood Lane,    Oswego, IL 60543-7570
11063371      +THOMPSON, CHERYL,    670 Cole Drive,    South Elgin, IL 60177-2263
11063372      +THOMPSON, MARTHA,    2127 Tartan Court,    Wheaton, IL 60187-3321
11063373      +TOIGO, CHRIS,    29W709 Waverly,    Warrenville, IL 60555-1276
11063374      +TOLEDO, RENE,    5204 Prairie Sage Lane,    Naperville, IL 60564-4332
11010040       TOM FINK & ASSOCIATES, INC.,    P. O. Box 507,    Elk Grove Village, IL 60009-0507
11010041      +TRINITY COMMUNICATIONS,    1640 Farnsworth Avenue,    Aurora, IL 60505-1510
11063377      +TUNAC, TAMMY,    13006 Staggs Leap Trail,    Plainfield, IL 60585-5025
11063378      +TURCIOS, DRIO,    26325 Whispering Woods Circle,    Plainfield, IL 60585-2585
11063379      +TYRELL, ROBERT,    21 E. Sandstone Court,    South Elgin, IL 60177-3260
11009951       Twenty Five Seventy Five WHITE OAK CIRCLE, LLC,    P. O. Box 4016,    Naperville, IL 60567-4016
11015796      +U.S. Lift,    POB 91976,    Elk Grove Village, IL 60009-1976
11063381      +ULRICH, ROBERT,    1246 Oak Leaf Court,    Aurora, IL 60506-1675
11063382      +VAN DEVELDE, DIANE,    4448 Lee Avenue,    Downers Grove, IL 60515-2628
11063383      +VANDERMOLEN, KRISTEN,    216 Ridge Road,    North Aurora, IL 60542-9171
11010042       VESCO,    840 N. Addison,    Elmhurst, IL 60126-1292
11063385      +VINCE GUTIERREZ,    1N715 Prince Crossing,    West Chicago, IL 60185-2441
11015797      +Vince's Auto,    1600 South State Street,    Lockport, IL 60441-4238
11010043      +W.L. ENGLER DIST, INC.,    1035 N. Throop Street,    Chicago, IL 60642-4097
11010044       W.W. GRAINGER, INC.,    Dept. 136-813919313,    Palatine, IL 60038-0001
11063389      +WAINSCOTT, MICHAEL,    518 Arbor Lane,    Oswego, IL 60543-7513
11063390      +WAINWRIGHT, JIM,    1235 Meadowbrook,    Aurora, IL 60504-6557
11063391      +WALKER, CAROLYN,    948 Waverly Road,    Glen Ellyn, IL 60137-4830
```

```
District/off: 0752-1          User: amcc7                Page 6 of 8              Date Rcvd: Dec 19, 2008
Case: 06-14810                Form ID: pdf002            Total Served: 414

11063392      +WALSH, ELENA,   84855 Waldron,   Burr Ridge, IL 60527
11063393      +WARNS, WNEDY,   3227 Lapp Lane,   Naperville, IL 60564-8345
11063394      +WAYNE RENO,   P. O. Box134,   Big Rock, IL 60511-0134
11063395      +WEILAND, SUSAN,   210 Ridge Road,   North Aurora, IL 60542-9171
11063396      +WHITNEY, STEVE,   2322 Lehman Drive,   West Chicago, IL 60185-6169
11010045      +WIEDEL, HUDZIK, RUSS & PHILLIPP,   4915 Main St.,   Downers Grove, IL 60515-3612
11063398       WILKENS, DAVID,   12115 Gilbert Avenue,   Downers Grove, IL 60515
11010046      +WILL-GRUNDY COUNTIES HM. BLDRS.,   1203 Theodore St.,   Suite 2A,   Crest Hill, IL 60403-2084
11063400      +WILLIS, CHESTER,   857 Tipperary Street,   Gilberts, IL 60136-8906
11010047       WORLD WIDE EXPRESS,   P. O. Box 6293,   Plainfield, IL 60544
11063402      +WOSACHLO, CARMELLA,   11930 Winterberry Lane,   Plainfield, IL 60585-5683
11010048      +WRIGHT EXPRESS,   P. O. Box 639,   Portland, ME 04104-0639
11063403      +WRIGHT EXPRESS,   P. O. Box 6293,   Carol Stream, IL 60197-6293
11237790      +Wheatfield Homes, LLC,   John P Houlihan,   534 W. Roosevelt Rd,   Wheaton, IL 60187-5058
11237774      +Wheatfield Homes,LLC,   213 W. Wesley St. Suite 200,   Wheaton,IL 60187-5102
11063404      +YORK INTERNATIONAL CORPORATION,   UPG Midwest,   P.O. Box 601390,   Charlotte, NC 28260-1390
11010049      +YORK INTERNATIONAL CORPORATION,   Joel H. Shapiro,   20 North Clark Street,   Suite 2200,
                Chicago, ILl 60602-5113
11063405      +YOUNG, AMBER,   1723 Princess Circle,   Naperville, IL 60564-7130
11063406      +YUKNIS, CLAIRE,   Attn: Irene Menken,   1225 NW 21st Street,   Apt 1904,   Stuart, FL 34994-9336
11063407      +ZAHRAEE, MOHAMEED,   3928 Littlestone Circle,   Naperville, IL 60564-5915
11063408      +ZMRHAL, PEG,   3204 Rolling Ridge Road,   Naperville, IL 60564-4218

The following entities were served by electronic transmission on Dec 20, 2008.
11009972       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                              COMMONWEALTH EDISON,
                Bill Payment Center,   Chicago, IL 60668-0001
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown Covey Gaertner & Davis LLC
11009960       BARBARA L. BUNDY
11009998       IL STATE SMACNA
11010008       KYLE GARDNER
11010016       MID-WAY SUPPLY, INC.
11010025       ONETIM
11010033       SECURITY SYSTEMS, INC.
aty*          +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
11063032*     +ACCURATE REPRO, INC.,   29W130 Butterfield Road,   Suite 103,   Warrenville, IL 60555-2829
11063034*     +ALL AROUND SIGNS,   8550 Huckins Drive,   Frankfort, IL 60423-8843
11063035*      ALLIED WASTE SERVICES,   P. O. Box 9001154,   Louisville, KY 40290-1154
11063036*     +ALTERITY, INC.,   2012 E. Randol Mill Rd.,   Suite 219,   Arlington, TX 76011-8222
11063038*      AMERIGAS - PLAINFIELD,   Dept. 0140,   Palatine, IL 60055-0140
11063040*     +AUTOMATIC DATA PROCESSING,   71 Hanover Road M/S 665,   Florham Park, NJ 07932-1502
11063055*     +BRIAN JOHN TAWLKS,   14260 W. 94th Avenue,   Saint John, IN 46373-8917
11063056*      BRUCKER COMPANY,   Department 20-1042,   P. O. Box 5940,   Carol Stream, IL 60197-5940
11063061*      CALL ONE,   P. O. Box 88454,   Chicago, IL 60680-1454
11063062*      CAPITOL ONE, F.S.B.,   Remittance Processing,   P. O. Box 34631,   Seattle, WA 98124-1631
11063063*     +CARILION ADVERTISING,   20983 W. Olive Street,   Plainfield, IL 60544-7482
11063064*      CASE CREDIT,   Dept. CH 10460,   Palatine, IL 60055-0460
11063067*     +CENTRAL FURNACE SUPPLY CO.,   1100 Shore Road,   Naperville, IL 60563-8759
11063068*     +CENTRAL STEEL & WIRE CO.NT,   P. O. Box 5100,   Chicago, IL 60680-5100
11063071*     +CHICAGO FURNACE SUPPLY COMPANY,   P. O. Box 648,   Lisle, IL 60532-0648
11063072*      CHICAGO TRIBUNE,   P. O. Box 6315,   Chicago, IL 60680-6315
11063073*      CITY OF AURORA,   P. O. Box 2697,   Aurora, IL 60507-2697
11063076*      COLTHARP'S SALES & SERVICE,   29W151 North Avenue,   Unit 2,   West Chicago, IL 60185-1477
11063077*      COMMONWEALTH EDISON,   Bill Payment Center,   Chicago, IL 60668-0001
11063078*     +CONNOR COMANY,   1015 S. Lake Street,   Aurora, IL 60506-5886
11063080*     +COUNTRY MUTUAL INSURANCE CO.,   P. O. Box 2100,   Bloomington, IL 61702-2100
11063082*     +CROWN CREDIT,   P. O. Box 640352,   Cincinnati, OH 45264-0352
11063084*      CROWN LIFT TRUCKS,   2033 Hammond Drive,   Schaumburg, IL 60173
11063087*     +D.L.W. ASSOCIATES,   6N330 Circle Avenue,   Medinah, IL 60157-9778
11063089*     +DAILY HERALD,   3695 Darlene Court,   Suite 102,   Aurora, IL 60504-6542
11063090*     +DAILY HERALD/PADDOCK PUBL.,   P. O. Box 6000,   Carol Stream, IL 60197-6000
11063097*      DEFLECT-O-CORP. NT,   75 Remittance Drive,   Suite 1546,   Chicago, IL 60675-1546
11063098*     +DIGIOVINE,HNILO, JORDAN, & JO,   387 Shuman Blvd.,   Suite 170E,   Naperville, IL 60563-2607
11063100*      DIRECT TV,   P. O. Box 60036,   Los Angeles, CA 90060-0036
11063102*     +DOWNERS GROVE NATIONAL BANK,   5140 Main Street,   Downers Grove, IL 60515-4610
11063103*     +DOWNERS GROVE NATIONAL BANK,   5140 Main Street,   Downers Grove, IL 60515-4610
11063104*     +DOWNERS GROVE NATIONAL BANK,   5140 Main Street,   Downers Grove, IL 60515-4610
11063105*     +DOWNERS GROVE NATIONAL BANK,   5140 Main Street,   Downers Grove, IL 60515-4610
11063117*      FBD ENTERPRISES, INC.,   600 Lor Ann Street,   South Elgin, IL 60177-2112
11063120*     +FIVE STAR WINDOW WASHING, INC.,   P. O. Box 1194,   Lombard, IL 60148-8194
11063127*     +FP MAILING SOLUTIONS,   P. O. Box 4272,   Carol Stream, IL 60197-4272
11063132*      G & O THERMAL SUPPLY,   5435 N. Northwest Highway,   Chicago, IL 60630-1191
11063139*     +GATWOOD CRANE,   2345 E. Hamilton Road,   Arlington Heights, IL 60005-4806
11063141*     +GE CAPITAL,   1961 Hirst Drive,   Moberly, MO 65270-3046
11063143*     +GIAGNORIO & ROBERTELLI,   P. O. Box 726,   Bloomingdale, IL 60108-0726
11063147*     +GREATER AURORA CHAMBER OF COMM,   43 W. Galena Blvd.,   Aurora, IL 60506-4129
11063150*     +GUSTAVE A. LARSON COMPANY,   Box 68-3006,   Milwaukee, WI 53268-0001
11063156*     +HBA OF GREATER FOX VALLEY,   555 S. Randall Road,   Suite 201,   Saint Charles, IL 60174-5918
11063160*     +HOGAN PLUMBING, INC.,   30W265 Younghal Road,   Warrenville, IL 60555-1552
11063161*      HOME DEPOT CREDIT SERVICES,   P. O. Box 6031,   Dept. 32-2501178002,   The Lakes, NV 88901-6031
11063206*     +HOMEOWNER,   1333 W. Creekside,   Romeoville, IL 60446-5039
```

```
District/off: 0752-1          User: amcc7                  Page 7 of 8                    Date Rcvd: Dec 19, 2008
Case: 06-14810                Form ID: pdf002              Total Served: 414


             ***** BYPASSED RECIPIENTS (continued) *****
11063235*       +HUCK, BOUMA, MARTIN, JONES & BRAD,    1755 S. Naperville Road,    Suite 200,
                  Wheaton, IL 60189-5844
11063237*        ILLINOIS DEPT. OF REVENUE,    Retailers' Occupation Tax,    Springfield, IL 62796-0001
11063238*       +ILLINOIS FIRE EXTINGUISHER, INC.,    702 S. Rohlwing Road,    Addison, IL 60101-4288
11063239*        INDUSTRIAL LADDER & SUP. CO.,    245 Adele Court,    Villa Park, IL 60181-1208
11063240*       +INSPIRED COMMUNICATIONS, INC.,    1414 Montauk Court,    Bartlett, IL 60103-2988
11063243*       +JAMES BADIALI,    1104 N. Lancaster Circle,    South Elgin, IL 60177-2706
11063248*       +JIFFY LUBE/AFMS,    P. O. Box 620130,    Middleton, WI 53562-0130
11063252*       +JOHNSTONE SUPPLY,    480 Industrial Drive,    Suite 116,    Naperville, IL 60563-3903
11063253*       +JON MUTTER,    7656 West Riverton Court,    Frankfort, IL 60423-6994
11063254*       +JON MUTTER,    7656 West Riverton Court,    Frankfort, IL 60423-6994
11063260*       +KELLY CLEANING SERVICE, INC.,    P. O. Box 277,    Warrenville, IL 60555-0277
11063273*        LEADER BOX CORP.,    4831 S. May Street,    Chicago, IL 60609-4314
11063281*       +MAJESTIC DISTRIBUTING CO., INC.,    1255 Bowes Road,    Elgin, IL 60123-5542
11063295*       +MEDRO SERVICES, INC.,    1701 North Larkin Avenue,    Crest Hill, IL 60403-3591
11063298*       +MG/COMPUTER,    5510 Pershing Avenue,    Downers Grove, IL 60515-4402
11063300*       +MID WAY SUPPLY, INC.,    2502 Deborah Avenue,    Zion, IL 60099-2794
11063301*       +MIDWEST HOME CHICAGO,    730 2nd Avenue S.,    Suite 600,    Minneapolis, MN 55402-2420
11063303*       +MINUTEMAN PRESS,    2011 Essington Road,    Joliet, IL 60435-1629
11063308*       +MUSCULAR DYSTROPHY ASSOC.,    P. O. Box 78960,    Phoenix, AZ 85062-8960
11063289*       +McADAMS MULTIGRAPHICS,    900 Jorie Blvd.,    Suite 26,    Oak Brook, IL 60523-3852
11063309*       +NAPERVILLE CHAMBER OF COMMERCE,    55 S. Main Street,    Suite 351,    Naperville, IL 60540-5424
11063310*       +NAPERVILLE TOWING,    10 S. 290 Schoger Drive,    Naperville, IL 60564-5651
11063312*        NEXTEL COMMUNICATIONS,    P. O. Box 4181,    Carol Stream, IL 60197-4181
11063314*        NICOR GAS/NORTHERN IL GAS,    P. O. Box 416,    Aurora, IL 60568-0001
11063316*        NORTHERN SAFETY CO., INC.,    P. O. Box 4250,    Utica, NY 13504-4250
11063319*       +ON THE GO TIRE CO.,    602 Chestnut Drive,    Oswego, IL 60543-9831
11063328*       +PORTER SUPPLY CO.,    35049 Eagle Way,    Chicago, IL 60678-0001
11063329*       +PROMEX HOUSE CARE,    420 Liberty Dr.,    Bolingbrook, IL 60440-1260
11063330*       +PROVEN BUSINESS SYSTEMS,    18450 Crossing Drive,    Suite D,    Tinley Park, IL 60487-9370
11063335*       +RANKIN,    1051 N. Main St.,    Suite D,    Lombard, IL 60148-1350
11063336*       +REID FORTH,    2575 White Oak Circle,    Aurora, IL 60502-9673
11063340*        S.M.W. NATIONAL BENEFIT FUND,    P. O. Box 79321,    Baltimore, MD 21279-0321
11063341*       +S.W. SUBURBAN HBA,    10767 W. 163rd Place,    Orland Park, IL 60467-8861
11063342*       +S.W. SUBURBAN HBA,    10767 W. 163rd Place,    Orland Park, IL 60467-8861
11063344*       +SAFELITE AUTO GLASS,    7 South Rt. 59,    Aurora, IL 60504-7907
11063345*       +SBC COMMUNICATIONS,    Bill Payment Center,    Saginaw, MI 48663-0001
11063351*       +SECURITY SYSTEMS, INC.,    120 Kine Street,    Elk Grove Village, IL 60007-1111
11063354*       +SHEET METAL WERKS,    455 E. Algonquin Rd.,    Arlington Heights, IL 60005-4620
11063355*        SHEET METAL WORKERS LOCAL 265,    Finge Benefit Fund,    P. O. Box 519,
                  West Chicago, IL 60186-0519
11063356*       +SHELTER SUPPLY,    151 E. Cliff Road,    Suite 30,    Burnsville, MN 55337-1586
11063361*       +SPECIALTY MAT SERVICE,    2730 Beverly Drive,    Aurora, IL 60502-8595
11063366*       +T & T REPRODUCTION,    511 N. Second Street,    Libertyville, IL 60048-2081
11063368*       +TEMPERATURE EQUIPMENT CORP.,    17725 Volbrecht Rd.,    Lansing, IL 60438-4539
11063369*        THE GRAPHICS ARTS STUDIO, INC.,    28 W. Commercial Avenue,    Barrington, IL 60010
11063375*        TOM FINK & ASSOCIATES, INC.,    P. O. Box 507,    Elk Grove Village, IL 60009-0507
11063376*       +TRINITY COMMUNICATIONS,    1640 Farnsworth Avenue,    Aurora, IL 60505-1510
11063380*       +U.S. LIFT,    P. O. Box 91976,    Elk Grove Village, IL 60009-1976
11063384*        VESCO,    840 N. Addison,    Elmhurst, IL 60126-1292
11063386*       +VINCE'S AUTO,    1600 South State Street,    Lockport, IL 60441-4238
11063387*       +W.L. ENGLER DIST, INC.,    1035 N. Throop Street,    Chicago, IL 60642-4097
11063388*        W.W. GRAINGER, INC.,    Dept. 136-813919313,    Palatine, IL 60038-0001
11063397*       +WIEDEL, HUDZIK, RUSS & PHILLIPP,    4915 Main St.,    Downers Grove, IL 60515-3612
11063399*       +WILL GRUNDY COUNTIES HM. BLDRS.,    1203 Theodore St.,    Suite 2A,    Crest Hill, IL 60403-2084
11063401*        WORLD WIDE EXPRESS,    P. O. Box 6293,    Plainfield, IL 60544
                                                                                               TOTALS: 7, * 101

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1          User: amcc7            Page 8 of 8              Date Rcvd: Dec 19, 2008
Case: 06-14810                Form ID: pdf002        Total Served: 414

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**                              **Signature:**    *Joseph Speetjens*