06-14810:92.1:Application for Compensation;Proposed Order Entered: 12/2/2008 2:38:51 PM by:David Brown Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NORTHERN ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| OLD OAK HEATING & COOLING INC | ) | CASE NO. 06-14810 |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

### ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $9,089.85 |
| 2. | Trustee's expenses | $ |
| | TOTAL | $9,089.85 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
Honorable John H. Squires
United States Bankruptcy Judge

JAN 16 2009

06-14810;93.1;Application for Compensation;Proposed Order Entered: 12/2/2008 2:44:01 PM by:David Brown Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| OLD OAK HEATING & COOLING INC | ) | CASE NO. 06-14810 |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

### ORDER AWARDING SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

1. Attorney for the Trustee
   a. Compensation         $10,125.00
   b. Expenses             $   460.53

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
Honorable John H. Squires
United States Bankruptcy Judge

JAN 16 2009

06-14810:94.1:Application for Compensation:Proposed Order Entered: 12/2/2008 2:48:54 PM by:David Brown Page 1 of 1

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NORTHERN ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| OLD OAK HEATING & COOLING INC | ) | CASE NO. 06-14810 |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

### ORDER AWARDING ALAN D. LASKO & ASSOCIATES, PC
### FINAL COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration to his accountants, Alan D. Lasko & Associates, P.C., notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Accountants for the Trustee
   a. Compensation                $4,619.30
   b. Expenses                    $   58.70

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
Honorable John H. Squires
United States Bankruptcy Judge

JAN 16 2009